# UNITED STATES DISTRICT COURT
### for the
### Southern District Of New York

| | |
|---|---|
| XUEJIE HE, | ) Case No. _____ |
| _____ | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ☑ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) **23 CV 3214** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION, | ) |
| SERVICES STATE OF NEW JERSEY,   See Attached A | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the.* | ) |
| *names of all the defendants cannot fit in the space above, please.* | ) |
| *write "see attached" in the space and attach an additional page .* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

| | |
|---|---|
| Name | XUEJIE HE (Plaintiff or "He") |
| Street Address | 40 Ann Street |
| City and County | New York |
| State and Zip Code | New York 10038 |
| Telephone Number | (347) 268-9418 |
| E-mail Address | hexuejiehe@gmail.com |

### B.    The Defendant(s)

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES OF AMERICA (Defendant or "USA") |

# Attached A

*Defendant(s) :*

STATE OF NEW YORK

UNION CITY POLICE DEPARTMENT, NEW JERSEY

GUTTBENBERG POLICE DEPARTMENT

CHASAN LAMPARELLO MALLON & CAPPUZZO，PC

HUDSON HOSPITAL OPCO LLC

CAREPOINT HEALTH-CHRIST HOSPITAL

HUDSON  COUNTY PROSECUTOR'S OFFICE

DELTA AIR LINES, INC

ALIBABA GROUP HOLDING LIMITED

TAOBAO

ASLAN AVIATION SERVICES (SHANGHAI) CO., LTD.

DEREK SMITH LAW GROUP, PLLC

COALITION FOR THE HOMELESS

CATHOLIC CHARITIES COMMUNITY SERVICES CENTER

NEW YORK CITY

NEW YORK CITY HUMAN RESOURCES ADMINISTRATION

NEW YORK CITY RESCUE MISSION

EPISCOPAL CHURCH

TRINITY EPISCOPAL CHURCH PARISH CENTER

NEW YORK-PRESBYTERIAN FOUNDATION INC

NEW YORK-PRESBYTERIAN HOSPITAL

NEW YORK -PRESBYTERIAN LOWER MANHATTAN HOSPITAL

WEILL CORNELL MEDICAL

CANTONESE INTERPRETER NY-PLMH

MODERN MEDICAL.PC

AFFINITY HEALTH PLAN INC

CENTENE CORPORATION

FIDELIS CARE

NEW YORK CITY POLICE DEPARTMENT

NEW YORK CITY POLICE DEPARTMENT 109TH PRECINCT

NEW YORK CITY POLICE DEPARTMENT 120TH PRECINCT

NEW YORK CITY POLICE DEPARTMENT 121TH PRECINCT

GARDEN OF HOPE

NEW YORK CITY TRANSIT AUTHORITY

TRANSIT ADJUDICATION BUREAU

NEW YORK CITY DEPARTMENT OF TRANSPORTATION

NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION

NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION AND

MOUNT SINAI HEALTH SYSTEM INC

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI

MOUNT SINAI HOSPITAL

MOUNT SINAI BETH ISRAEL

MOUNT SINAI WEST

RICHMOND UNIVERSITY MEDICAL CENTER

OFFICE OF THE NEW YORK CITY COMPTROLLER

NEW YORK UNIVERSITY

NEW YORK UNIVERSITY COLLEGE OF DENTISTRY

METROPOLITAN DENTAL ASSOCIATES

LEGAL SERVICES NYC

THE LEGAL AID SOCIETY

NEW YORK CITY MARSHALS

CAMBA, INC.

CITY UNIVERSITY OF NEW YORK

BOROUGH OF MANHATTAN COMMUNITY COLLEGE

RENATA V WEBER

JOAN M. KENNEY

DORIS LING-COHAN

LIZBETH GONZALEZ

MATTHEW F. COOPER

LOUIS. L STANTON

BARRINGTON D. PARKER

PETER W. HALL

CHRISTOPHER F. DRONEY

KIMBERLEY SLADE

REMY SMITH

LI YANFEN

MASH JIM

LIUFENG CHEN

JOHN DOE JIM

HINGSZE CHO

JOHN DOE A

NEW YORK STATE UNIFIED COURT SYSTEM

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

GIACHETTA , KENNETH(#80), MARSHAL

NEW YORK STATE DEPARTMENT OF LABOR

CL SUPERMARKET INC

NAI BROTHER INC

YING JI CHANG FEN INC

WALGREENS BOOTS ALLIANCE, INC

DUANE READE INC

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION

NEW YORK CITY POLICE DEPARTMENT 1TH PRECINCT

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| Company Type | Executive department |
| Street Address | Department  Justice, 950 Pennsylvania Ave.,  N.W., |
| City and County | Washington, D. C. |
| State and Zip Code | Washington, D. C. 20530-0001 |
| Telephone Number | (202)  514-4609 |

Defendant No. 2

| | |
|---|---|
| Name | UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES |
| | (Defendant or "USCIS") |
| Company Type | Government agencies of United States of America |
| Street Address | 20 Massachusetts Ave NW, |
| City and County | Washington, D.C. |
| State and Zip Code | Washington, D.C. 20001 |
| Telephone Number | 1- (800)  375-5283 |

Defendant No. 3

| | |
|---|---|
| Name | STATE OF NEW JERSEY  (Defendant or "NJS") |
| Company Type | Government agencies of United States of America |
| Street Address | Office Governor of  PO Box 001 |
| City and County | Trenton, |
| State and Zip Code | New Jersey 08625 |
| Telephone Number | (609)  292-6000 |

See Attached B

Plaintiff is ignorant of the true names and capacities of Defendants sued herein as John DOES 1 through 175, inclusive, Plaintiff will amend this complaint to allege their true names and capacities when ascertained. (Pleading DOES) Plaintiffs are informed and believes and thereon alleges that, at all times herein mentioned, the Defendants sued herein was the agent and employee of each of the remaining Defendants and was at all times acting within the purpose and scope of such agency and employment. (Pleading General Agency)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction ( limited power ) . Generally , only two types of cases can be heard in federal court : cases involving a federal question and cases involving diversity of citizenship of the parties . Under 28 U.S.C. § 1331 ,

# Attached B

**B. The Defendant(s)**

Defendant No. 4

| | |
|---|---|
| Name | STATE OF NEW YORK (Defendant or "NYS") |
| Company Type | Government agencies of United States of America |
| Street Address : | The Honorable Kathy Hochul, Governor of New York State, NYS State Capitol Building |
| City and County : | Albany |
| State and Zip Code : | New York 12224 |
| Telephone Number : | (518)  474-8390 |

Defendant No. 5

| | |
|---|---|
| Name | UNION CITY POLICE DEPARTMENT, NEW JERSEY (Defendant or "UCNJPD") |
| Company Type | Government agencies of New Jersey |
| Street Address | 3715 Palisade Ave |
| City and County | Union City |
| State and Zip Code | New Jersey 07087 |
| Telephone Number | (201) 865-1111 |

Defendant No. 6

| | |
|---|---|
| Name | GUTTBENBERG POLICE DEPARTMENT(Defendant or "GNJPD") |
| Company Type | Government agencies of New Jersey |
| Street Address | 6808 Park Avenue |
| City and County | Gothenburg |
| State and Zip Code | New Jersey 07093 |
| Telephone Number | (201) 868-3300 |

Defendant No. 7

| | |
|---|---|
| Name | CHASAN LAMPARELLO MALLON & CAPPUZZO PC (Defendant or "CLM & C") |
| Company Type | Corporation Independent, Private equity |
| Street Address | 300 Lighting Way |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| City and County | Secaucus |
| State and Zip Code | New Jersey  07094 |
| Telephone Number | (201) 348-6000 |

**Defendant No. 8**

| | |
|---|---|
| Name: | HUDSON HOSPITAL OPCO LLC  (Defendant or "HHO") |
| Company Type | Corporation Independent ,  Health Care Facilities & Svcs |
| Street Address | 176 Palisade Avenue |
| City and County | Jersey City |
| State and Zip Code | New Jersey 07306 |
| Telephone Number | (201) 795-8200 |

**Defendant No. 9**

| | |
|---|---|
| Name: | CAREPOINT HEALTH-CHRIST HOSPITAL  (Defendant or "CH-CH") |
| Company Type: | Subsidiary of HHO |
| Street Address | 176 Palisade Avenue |
| City and County | Jersey City |
| State and Zip Code | New Jersey 07306 |
| Telephone Number | (201) 795-8200 |

**Defendant No. 10**

| | |
|---|---|
| Name | HUDSON  COUNTY PROSECUTOR'S OFFICE  (Defendant or "HCPO") |
| Company Type | Government agencies of New Jersey |
| Street Address | 595 Newark Avenue |
| City and County | Jersey City |
| State and Zip Code | New Jersey 07306 |
| Telephone Number | (201) 795-6400 |

**Defendant No. 11**

| | |
|---|---|
| Name | DELTA AIR LINES, INC  (Defendant or "DAL") |
| Company Type | Corporation Independent, Passenger Transportation |
| Street Address | 1030 Delta Blvd |
| City and County | Atlanta |
| State and Zip Code | Georgia 30320 |
| Telephone Number | (404) 715-2600 |

**Defendant No. 12**

| | |
|---|---|
| Name | ALIBABA GROUP HOLDING LIMITED  (Defendant or "AGHL") |
| Company Type | Corporation Independent, Retail - Discretionary |
| Street Address | 400 South El Camino Real Suite 400 |
| City and County | San Mateo |

State and Zip Code          California 94402

Telephone Number           (408)  785-5580

**Defendant No. 13**

Name                               TAOBAO  (Defendant or "TB")

Company Type                 Taobao Owner is AGHL

Street Address                 400 South El Camino Real Suite 400

City and County               San Mateo

State and Zip Code          California 94402

Telephone Number           (408)  785-5580

**Defendant No. 14**

Name                               ASLAN AVIATION SERVICES (SHANGHAI) CO., LTD. (Defendant or "AAS")

Company Type                 Subsidiary of Taobao

Street Address :               400 South El Camino Real Suite 400

City and County :             San Mateo

State and Zip Code :        California 94402

Telephone Number :         (408)  785-5580

**Defendant No. 15**

Name:                              DEREK SMITH LAW GROUP, PLLC (Defendant or "DSLG")

Company Type                 law firm located

Street Address                 One Pennsylvania Plaza,Suite 4905

City and County               New York

State and Zip Code          New York 10119

Telephone Number           (212) 587-0760

**Defendant No. 16**

Name                               COALITION FOR THE HOMELESS(Defendant or"CFH")

Company Type                 Social services organization

Street Address                 129 Fulton St.

City and County               New York

State and Zip Code          New York 10038

Telephone Number           (212) 776-2000

**Defendant No. 17**

Name                               CATHOLIC CHARITIES COMMUNITY SERVICES CENTER (Defendant or"CCCSC")

Company Type                 Community Services

Street Address                 80 Maiden Lane, 13th

City and County               New York.

| | |
|---|---|
| State and Zip Code | New York 10038 |
| Telephone Number | (212) 419-3700 |

**Defendant No. 18**

| | |
|---|---|
| Name | NEW YORK CITY  (Defendant or "NYC") |
| Company Type | Government agencies of New York |
| Street Address | Major Bill de Blasio,  City Hall |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | 311 or 212-NEW-YORK outside NYC |

**Defendant No. 19**

| | |
|---|---|
| Name | NEW YORK CITY HUMAN RESOURCES ADMINISTRATION (Defendant or "NYC-HRA") |
| Company Type | Jurisdiction is NYC |
| Street Address | 260 11th Ave |
| City and County | New York |
| State and Zip Code | New York 10001 |
| Telephone Number | (888) 692-6116 |

**Defendant No. 20**

| | |
|---|---|
| Name | NEW YORK CITY RESCUE MISSION  (Defendant or "NYC-RM") |
| Company Type | Corporation Independent, Rescue mission |
| Street Address | 90 Lafayette St |
| City and County | New York |
| State and Zip Code | New York 10013 |
| Telephone Number | (212) 226-6214 |

**Defendant No. 21**

| | |
|---|---|
| Name | EPISCOPAL CHURCH (United States) (Defendant or "EC") |
| Company Type | Religious institutions |
| Street Address | 815 Second Avenue |
| City and County | New York |
| State and Zip Code | New York 10017 |
| Telephone Number | (212) 602-0800 |

**Defendant No. 22**

| | |
|---|---|
| Name | TRINITY EPISCOPAL CHURCH PARISH CENTER  (Defendant or "TECPC") |
| Company Type | Agency of  EC |
| Street Address | 76 Trinity Pl. |

| | |
|---|---|
| City and County | New York |
| State and Zip Code | New York 10006 |
| Telephone Number | (212) 602-0800 |

**Defendant No. 23**

| | |
|---|---|
| Name: | NEW YORK-PRESBYTERIAN FOUNDATION INC (Defendant or "NY-PFI") |
| Company Type | Corporation Independent,  Health Care |
| Street Address | 525 East 68th Street |
| City and County | New York |
| State and Zip Code | New York 10065-4870 |
| Telephone Number | (212)  297-4356 |

**Defendant No. 24**

| | |
|---|---|
| Name | NEW YORK-PRESBYTERIAN HOSPITAL  (Defendant or "NYPH") |
| Company Type | Parent organization is NY-PF |
| Street Address | 525 E 68th St |
| City and County | New York |
| State and Zip Code | New York 10065 |
| Telephone Number | (646)  317-7300 |

**Defendant No. 25**

| | |
|---|---|
| Name | NEWYORK-PRESBYTERIAN LOWER MANHATTAN HOSPITAL (Defendant or "NY-PLMH") |
| Company Type | Affiliated with WCM and, NYP's  Subsidiaries |
| Street Address | 170  William  St |
| City and County | New York |
| State and Zip Code | New York 10038 |
| Telephone Number | (212)  312-5000 |

**Defendant No. 26**

| | |
|---|---|
| Name | WEILL CORNELL MEDICAL (Defendant or "WCM") |
| Job or Title | Private medical school, Affiliated with NYP |
| Street Address | 1300 York Avenue |
| City and County | New York |
| State and Zip Code | New York 10065 |
| Telephone Number | (212)  746-5454 |

**Defendant No. 27**

| | |
|---|---|
| Name | CANTONESE INTERPRETER NY-PLMH (Defendant or "CI-NY-PLMH") |

|                    |                                                                              |
|--------------------|------------------------------------------------------------------------------|
| Job or Title       | Cantonese Interpreter for NewYork-Presbyterian Lower Manhattan Hospital       |
| Street Address     | 170  William  St                                                             |
| City and County    | New York                                                                     |
| State and Zip Code | New York 10038                                                               |
| Telephone Number   | (212)  312-5000                                                              |

**Defendant No. 28**

|                    |                                             |
|--------------------|---------------------------------------------|
| Name               | MODERN MEDICAL.PC (Defendant or "MM")       |
| Company Type       | Corporation Independent, Medical center     |
| Street Address     | 225 Broadway Suite 1420                     |
| City and County    | New York                                    |
| State and Zip Code | New York 10007                              |
| Telephone Number   | (212) 571-5000                              |

**Defendant No. 29**

|                    |                                                  |
|--------------------|--------------------------------------------------|
| Name               | MOLINA HEALTHCARE INC (Defendant or "MH")        |
| Company Type       | Corporation Independent, Health insurance agency |
| Street Address     | 200 Oceangate, Suite 100                         |
| City and County    | Long Beach                                       |
| State and Zip Code | California 90802                                 |
| Telephone Number   | (562) 499-6191                                   |

**Defendant No. 30**

|                    |                                                  |
|--------------------|--------------------------------------------------|
| Name               | AFFINITY BY MOLINA HEALTHCARE (Defendant or "AMH")|
| Company Type       | Corporation Independent, Health insurance agency |
| Street Address     | 1776 Eastchester Road                            |
| City and County    | Bronx,                                           |
| State and Zip Code | New York 10461                                   |
| Telephone Number   | (718) 794-7700                                   |

**Defendant No. 31**

|                    |                                                |
|--------------------|------------------------------------------------|
| Name               | CENTENE CORPORATION (Defendant or "CC")        |
| Company Type       | Public company, Health insurance company       |
| Street Address     | Centennial Plaza 7700 Forsyth Boulevard        |
| City and County    | Saint Louis                                    |
| State and Zip Code | Missouri 63105                                 |
| Telephone Number   | ( 314)  725-4477                               |

**Defendant No. 32**

|                    |                                                |
|--------------------|------------------------------------------------|
| Name               | FIDELIS CARE (Defendant or "FC")               |
| Company Type       | CC's Subsidiaries, Health insurance company    |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| Street Address | 95-25 Queens Blvd #812 |
| City and County | Queens |
| State and Zip Code | New York 11374 |
| Telephone Number | (718) 896-6500 |

**Defendant No. 33**

| | |
|---|---|
| Name | NEW YORK CITY POLICE DEPARTMENT  (Defendant or "NYCPD") |
| Company Type | Government law enforcement agency of NYC |
| Street Address | 315 Hudson Street |
| City and County | New York |
| State and Zip Code | New York 10014 |
| Telephone Number | (212)  741-8401 |

**Defendant No. 34**

| | |
|---|---|
| Name | NEW YORK CITY POLICE DEPARTMENT 109 TH PRECINCT  (Defendant  or "NYCPD-109P") |
| Company Type | Government law enforcement agency of NYC |
| Street Address | 37-05 Union St |
| City and County | Flushing |
| State and Zip Code | New York 11354 |
| Telephone Number | (718) 321-2250 |

**Defendant No. 35**

| | |
|---|---|
| Name | NEW YORK CITY POLICE DEPARTMENT 120 TH PRECINCT  (Defendant  or "NYCPD-120P") |
| Company Type | Government law enforcement agency of NYC |
| Street Address | 78 Richmond Terrace. |
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | (718) 876-8500 |

**Defendant No. 36**

| | |
|---|---|
| Name | NEW YORK CITY POLICE DEPARTMENT 121TH PRECINCT  (Defendant  or "NYCPD-121P") |
| Company Type | Government law enforcement agency of NYC |
| Street Address | 970 Richmond Avenue |
| City and County | Staten Island |
| State and Zip Code | New York 10314 |
| Telephone Number | (718) 697-8700 |

**Defendant No. 37**

| | |
|---|---|
| Name | GARDEN OF HOPE (Defendant or  "GOH") |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

|  | |
|---|---|
| Company Type | Corporation Independent, Shelter Services |
| Street Address | 126-02 82nd Avenue |
| City and County | Kew Gardens |
| State and Zip Code | New York 11415 |
| Telephone Number | (718) 321-8862 |

Defendant No. 38

|  | |
|---|---|
| Name | NEW YORK CITY TRANSIT AUTHORITY  (Defendant or  "NYC-TA") |
| Company Type | Owner is New York City |
| Street Address | 130 Livingston St |
| City and County | Brooklyn |
| State and Zip Code | New York 11201 |
| Telephone Number | (718) 330-1234 |

Defendant No. 39

|  | |
|---|---|
| Name | TRANSIT ADJUDICATION BUREAU (Defendant or  "TAB") |
| Company Type | Agency of the government of NYC |
| Street Address | 29 Gallatin Pl |
| City and County | Brooklyn |
| State and Zip Code | New York 11201 |
| Telephone Number | (347) 643-5805 |

Defendant No. 40

|  | |
|---|---|
| Name | NEW YORK CITY DEPARTMENT OF TRANSPORTATION (Defendant or "NYC-DOT") |
| Company Type | Agency of the government of NYC |
| Street Address | 55 Water Street, 9th Floor |
| City and County | New York |
| State and Zip Code | New York 10041 |
| Telephone Number | (212)  639-9675 |

Defendant No. 41

|  | |
|---|---|
| Name | NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION (Defendant or "NYC-DDC") |
| Company Type | Department of the government of NYC |
| Street Address | 30-30 Thomson Avenue |
| City and County | Long Island City |
| State and Zip Code | New York 11101 |
| Telephone Number | |

Defendant No. 42

|  | |
|---|---|
| Name | NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION |

AND DEVELOPMENT  (Defendant or "NYC-HPD")

| | |
|---|---|
| Company Type | Department of the government of NYC |
| Street Address | 100 Gold St |
| City and County | New York |
| State and Zip Code | New York 10038 |
| Telephone Number | (917) 286-4300 |

**Defendant No. 43**

| | |
|---|---|
| Name | MOUNT SINAI HEALTH SYSTEM INC (Defendant or  "MSHS") |
| Company Type | Corporation Independent |
| Street Address | 1 Gustave L Levy Pl |
| City and County | New York |
| State and Zip Code | New York 10029 |
| Telephone Number | (212)  659-8500 |

**Defendant No. 44**

| | |
|---|---|
| Name | ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI (Defendant or "ISMMS") |
| Company Type | MSHS's Subsidiaries, Private, graduate, medical |
| Street Address | 1468 Madison Ave |
| City and County | New York |
| State and Zip Code | New York 10029 |
| Telephone Number | (212) 241-6696 |

**Defendant No. 45**

| | |
|---|---|
| Name | MOUNT SINAI HOSPITAL  (Defendant or  "MSH") |
| Company Type | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address | 1 Gustave L. Levy Place and 1468 Madison Avenue |
| City and County | New York |
| State and Zip Code | New York 10029-6574 |
| Telephone Number | (212) 241-6500 |

**Defendant No. 46**

| | |
|---|---|
| Name | MOUNT SINAI BETH ISRAEL   (Defendant or  "MSBI") |
| Company Type | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address | 281 First Avenue(First Avenue at 16th St) |
| City and County | New York |
| State and Zip Code | New York 10003 |
| Telephone Number | (212) 420-2000 |

**Defendant No. 47**

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| Name | MOUNT SINAI WEST (Defendant or "MSW") |
| Company Type | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address | 1000 10th Avenue |
| City and County | New York |
| State and Zip Code | New York 10019 |
| Telephone Number | (212) 523-4000 |

Defendant No. 48

| | |
|---|---|
| Name | RICHMOND UNIVERSITY MEDICAL CENTER (Defendant or "RUMC") |
| Company Type | MSHS's Subsidiaries, Affiliated ISMMS |
| Street Address | 355 Bard Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10310 |
| Telephone Number | (718) 818-1234 |

Defendant No. 49

| | |
|---|---|
| Name | OFFICE OF THE NEW YORK CITY COMPTROLLER (Defendant or "ONYC.CO") |
| Company Type | Office of the government of NYC |
| Street Address | 1 Center Street, #530 |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 669-3916 |

Defendant No. 50

| | |
|---|---|
| Name | METROPOLITAN DENTAL ASSOCIATES  (Defendant or "MDA") |
| Company Type | Dental clinic |
| Street Address | 225 Broadway |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 732-7400 |

Defendant No. 51

| | |
|---|---|
| Name | NEW YORK UNIVERSITY (Defendant or "NYU") |
| Company Type | Private university |
| Street Address | 70 Washington Square South |
| City and County | New York |
| State and Zip Code | New York 10012 |
| Telephone Number | (212) 998-1212 |

Defendant No. 52

| | |
|---|---|
| Name | NEW YORK UNIVERSITY COLLEGE OF DENTISTRY  (Defendant or "NYU-CD") |
| Company Type | NYU's Sub-school |
| Street Address | 345 E 24th St. |
| City and County | New York |
| State and Zip Code | New York 10010 |
| Telephone Number | (212) 998-9800 |

Defendant No. 53

| | |
|---|---|
| Name | LEGAL SERVICES NYC  (Defendant or  "LSNYC") |
| Company Type | Non-profit,  Legal services |
| Street Address | 40 Worth Street, Suite 606 |
| City and County | New York |
| State and Zip Code | New York 10013 |
| Telephone Number | 646-442-3600 |

Defendant No. 54

| | |
|---|---|
| Name | THE LEGAL AID SOCIETY  (Defendant or  "TLAS") |
| Company Type | Non-profit,  Legal services |
| Street Address | 199 Water Street |
| City and County | New York |
| State and Zip Code | New York 10038 |
| Telephone Number | (212)  577-3300 |

Defendant No. 55

| | |
|---|---|
| Name | NEW YORK CITY MARSHALS   (Defendant or  "NYCM") |
| Company Type | City government office |
| Street Address | 370 Atlantic Ave |
| City and County | Brooklyn |
| State and Zip Code | New York 11217 |
| Telephone Number | (718) 330-0242 |

Defendant No. 56

| | |
|---|---|
| Name | CAMBA, INC.  (Defendant or  "CB") |
| Company Type | Non-profit,  Social services |
| Street Address | 1720 Church Avenue |
| City and County | Brooklyn |
| State and Zip Code | New York 11226 |
| Telephone Number | (718)  287-2600 |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

Defendant No. 57

    Name                CITY UNIVERSITY OF NEW YORK (Defendant or  "CUNY")

    Company Type      Public university of NYC

    Street Address      205 East 42nd Street

    City and County      New York

    State and Zip Code    New York 10017

    Telephone Number    (800)  286-9937

Defendant No. 58

    Name                BOROUGH OF MANHATTAN COMMUNITY COLLEGE (Defendant or "BMCC")

    Company Type      CUNY's part

    Street Address      199 Chambers Street

    City and County      New York

    State and Zip Code    New York 10007

    Telephone Number    (212)  220-8000

Defendant No. 59

    Name                RENATA V WEBER  (Defendant or  "Weber")

    Company Type      Surgery of the Hand, MD

    Street Address      1049 5th Ave Ste 2D

    City and County      New York

    State and Zip Code    New York 10028

    Telephone Number    (201) 549-8860

Defendant No. 60

    Name                JOAN M. KENNEY (Defendant or  "Kenney")

    Job or Title        Judge

    Street Address      111 Centre St

    City and County      New York

    State and Zip Code    New York 10013

    Telephone Number    (646) 386-5750

Defendant No. 61

    Name                DORIS LING-COHAN (Defendant or  "Cohan")

    Job or Title        Judge, Appellate Term

    Street Address      60 Centre Street

    City and County      New York

    State and Zip Code    New York 10007

    Telephone Number    (646) 386-3040

Defendant No. 62

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| Name | LIZBETH GONZALEZ (Defendant or "Gonzalez") |
| Job or Title | Judge, Appellate Term |
| Street Address | 60 Centre Street |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (646) 386-3040 |

Defendant No. 63

| | |
|---|---|
| Name | MATTHEW F. COOPER (Defendant or "Cooper") |
| Job or Title | Judge, Appellate Term |
| Street Address | 60 Centre Street |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (646) 386-3040 |

Defendant No. 64

| | |
|---|---|
| Name | LOUIS. L STANTON  (Defendant or "Stanton") |
| Job or Title | Judge, SDNY |
| Street Address | 500 Pearl St |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 805-0136 |

Defendant No. 65

| | |
|---|---|
| Name | BARRINGTON D. PARKER  (Defendant or "Parker") |
| Job or Title | Judge, 2d Cir |
| Street Address | 40 Foley Square |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 857-8500 |

Defendant No. 66

| | |
|---|---|
| Name | PETER W. HALL  (Defendant or "Hall") |
| Job or Title | Judge, 2d Cir |
| Street Address | 40 Foley Square |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 857-8500 |

Defendant No. 67

| | |
|---|---|
| Name | CHRISTOPHER F. DRONEY   (Defendant or "Droney") |
| Job or Title | Judge, 2d Cir |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

|  |  |
|---|---|
| Street Address | 40 Foley Square |
| City and County | New York |
| State and Zip Code | New York 10007 |
| Telephone Number | (212) 857-8500 |

Defendant No. 68

|  |  |
|---|---|
| Name | KIMBERLEY SLADE  (Defendant or  "Slade") |
| Job or Title | Judge, Civil Court |
| Street Address | 927 Castleton Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10310 |
| Telephone Number | (646) 386-5700 |

Defendant No. 69

|  |  |
|---|---|
| Name | REMY SMITH  (Defendant or  "Smith") |
| Job or Title | Judge, Civil Court |
| Street Address | 927 Castleton Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10310 |
| Telephone Number | (646) 386-5700 |

Defendant No. 70

|  |  |
|---|---|
| Name | YANFEN LI  (Defendant or  "Li") |
| Job or Title | landlord |
| Street Address | 126 Scribner Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | (917)  520-0389 |

Defendant No. 71

|  |  |
|---|---|
| Name | JIM MASH (Defendant or  " Mash") |
| Job or Title | Property owner of 126 Scribner Ave |
| Street Address | 126 Scribner Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | (917)  520-0389 |

Defendant No. 72

|  |  |
|---|---|
| Name | LIUFENG CHEN  (Defendant or  "Chen") |
| Job or Title | Property owner of 126 Scribner Ave |
| Street Address | 126 Scribner Ave |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

| | |
|---|---|
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | (917)  520-0389 |

Defendant No. 73

| | |
|---|---|
| Name | CHOHING SZE (Defendant or  "SZE") |
| Job or Title | andlord, Property owner of 162 Westervelt Ave |
| Street Address | 162 Westervelt Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | (917)  889-1822 |

Defendant No. 74

| | |
|---|---|
| Name | JOHN DOE A |
| Company Type | Property owner of 138 Scribner Ave |
| Street Address | 138 Scribner Ave |
| City and County | Staten Island |
| State and Zip Code | New York 10301 |
| Telephone Number | |

Defendant No. 75

| | |
|---|---|
| Name | NEW YORK STATE UNIFIED COURT SYSTEM (Defendant or  "NYSUCS") |
| Company Type | Government agencies of United States of America |
| Street Address | 25 Beaver Street |
| City and County | New York |
| State and Zip Code | New York 10004 |
| Telephone Number | 1-800-COURTNY or (1-800-268-7869) |

Defendant No. 76

| | |
|---|---|
| Name | NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE (Defendant or "NYC-DOHMH") |
| Company Type | Department of the government of NYC |
| Street Address | 42-09 28th St |
| City and County | Queens, Long Island City |
| State and Zip Code | New York 11101 |
| Telephone Number | (212) 639-9675 |

Defendant No. 77

| | |
|---|---|
| Name | GIACHETTA , KENNETH(#80), MARSHAL  (Defendant or "GKM") |
| Company Type | Sole Proprietorship |
| Street Address | 155 New Dorp Plaza |

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

|  |  |
|---|---|
| City and County | Staten Island, New York |
| State and Zip Code | New York 10306 |
| Telephone Number | (718) 351-4515 |

Defendant No. 78

|  |  |
|---|---|
| Name | NEW YORK STATE DEPARTMENT OF LABOR (Defendant or "NYSDL") |
| Company Type | Department of the government of NYC |
| Street Address | Building 12 |
| City and County | W.A. Harriman Campus, Albany, |
| State and Zip Code | New York 12226 |
| Telephone Number | (518) 457-9000 |

Defendant No. 79

|  |  |
|---|---|
| Name | CL SUPERMARKET INC(Defendant or "CLS") |
| Company Type | Corporation |
| Street Address | 40-33 Main Street, |
| City and County | Flushing, New York |
| State and Zip Code | New York 11354 |
| Telephone Number | (212)- 227-4888 |

Defendant No. 80

|  |  |
|---|---|
| Name | NAI BROTHER INC (Defendant or "NB") |
| Company Type | Partnership |
| Street Address | 135-03 Roosevelt Ave |
| City and County | Flushing, New York |
| State and Zip Code | New York 11354 |
| Telephone Number | (718)306-6688 |

Defendant No. 81

|  |  |
|---|---|
| Name | YING JI CHANG FEN INC  (Defendant or "YJCF") |
| Company Type | Partnership |
| Street Address | 91 Bayard Street |
| City and County | Manhattan, New York |
| State and Zip Code | New York 10013 |
| Telephone Number | (212)- 227-4888 |

Defendant No. 82

|  |  |
|---|---|
| Name | WALGREENS BOOTS ALLIANCE, INC. (Defendant or "WBA") |
| Company Type | Isted Company |
| Street Address | 108 Wilmot Road |
| City and County | Deerfield |

| | |
|---|---|
| State and Zip Code | Illinois 60015 |
| Telephone Number | ((847) 315-3700 |

**Defendant No. 83**

| | |
|---|---|
| Name | DUANE READE INC.(Defendant or "DR") |
| Company Type | Convenience stores owned by Walgreens Boots Alliance |
| Street Address | 40 Wall Street |
| City and County | New York |
| State and Zip Code | New York 10005 |
| Telephone Number | (212) 742-8454 |

**Defendant No. 84**

| | |
|---|---|
| Name | NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION (Defendant or "NYSDEC") |
| Company Type | Department of the government of NYS |
| Street Address | 625 Broadway |
| City and County | Albany |
| State and Zip Code | New York 12233-0001 |
| Telephone Number | (518)-402-8000 |

**Defendant No. 85**

| | |
|---|---|
| Name | NEW YORK CITY POLICE DEPARTMENT 1TH PRECINCT (Defendant  or "NYCPD-1P") |
| Company Type | Government law enforcement agency of NYC |
| Street Address | 16 Ericsson Pl, |
| City and County | New York |
| State and Zip Code | New York 10013 |
| Telephone Number | (212) 334-0611 |

a case arising under the United States Constitution or federal laws or treaties is a federal question case . Under 28 U.S.C. § 1332 , a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $ 75,000 is a diversity of citizenship case . In a diversity of citizenship case , no defendant may be a citizen of the same State as any plaintiff .

What is the basis for federal court jurisdiction ? ( check all that apply )

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case .

A.    The Jurisdiction Is a Federal Question

The United States Constitution  Equal Protection Clause of the Fourteenth Amendment;  The Federal Tort Claims Act;   Racial Discrimination Act 1975. 11(b),18A(1),18E(1);  42 U.S. C. § 2000a;  42 U.S. Code §1395dd (b)(1)(d) (2); Social Security Act §1866(a)(1)(N). 28 U.S.C.§1331,  28 U.S.C.§1332,  28 U.S.C.§1367(a),  28 U.S.C. §1319 (b)

B.    The Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff ( s )

a .    The plaintiff is an individual
The plaintiff , ( name )  XUEJIE HE,                              is a citizen of ( foreign nation ) China . U.S. Visa Control Number 0187

2.    The Defendant ( s ) ,

a.    The defendant is a corporation
The defendant , ( name )   UNITED STATES OF AMERICA ; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES                      is incorporated under the laws of the State of ( name )  UNITED STATES OF AMERICA             and has its principal place of business in the State of ( name )  Washington, D. C. and has its principal place of business in ( name )  United States of America             ,

b.    The defendant is a corporation
The defendant , ( name )  STATE OF NEW JERSEY ;UNION CITY POLICE DEPARTMENT  NEW JERSEY; GUTTENBERG POLICE DEPARTMENT ; CHASAN LAMARELLO MALLON & CAPPUZZO PC ; HUDSON HOSPITAL OPCO LLC ; CAREPOINT HEALTH CHRIST HOSPITAL ; HUDSON COUNTY PROSECUTORS OFFICE ;              is incorporated under the laws of the State of ( name )  New Jersey                    and has its principal place of business in the State of ( name )  New Jersey and has its principal place of business in ( name )  New Jersey

See Attached C

3.    The Amount in Controversy

# Attached C

A.     The Jurisdiction Is Diversity of Citizenship

2.     The Defendant ( s ) ,

      c.     The defendant is a corporation
          The defendant , ( name )   DELTA AIR LINES INC ;                              is incorporated under
          the laws of the State of ( name )   Georgia                              and has its
          principal place of business in the State of ( name )   Georgia
          and has its principal place of business in ( name )   Georgia                       .

      d.     The defendant is a corporation
          The defendant , ( name )   ALIBABA GROUP HOLDING LIMITED ; TAOBAO ; ASLAN
          AVIATION SERVICES ( SHANGHAI ) CO LTD ;                     is incorporated under
          the laws of the State of ( name )   China                              and has its
          principal place of business in the State of ( name )   China
          and has its principal place of business in ( name )   Global                       .

      e.     The defendant is a corporation
          The defendant , ( name )   CENTENE CORPORATION                is incorporated under
          the laws of the State of ( name )   Missouri                              and has its
          principal place of business in the State of ( name )   St. Louis, Missouri
          and has its principal place of business in ( name )   United States of America            .

      f.     The defendant is a corporation
          The defendant , ( name )   MOLINA HEALTHCARE INC                is incorporated under
          the laws of the State of ( name )   California                              and has its
          principal place of business in the State of ( name )   California
          and has its principal place of business in ( name )   United States of America            .

      g.     The defendant is a corporation
          The defendant , ( name )   STATE OF NEW YORK;  DEREK SMITH LAW GROUP PLLC;
          COALITION FOR THE HOMELESS ;  CATHOLIC CHARITIES COMMUNITY SERVICES
          CENTER ;  NEW YORK CITY ;  BILL DE BLASIO ; NEW YORK CITY RESCUE MISSION ;
          NEW YORK CITY HUMAN RESOURCES ADMINISTRATION ;  TRINITY COMMONS ;
          TRINITY EPISCOPAL CHURCH PARISH CENTER ;   NEW YORK PRESBYTERIAN
          FOUNDATION INC ;   NEW YORK PRESBYTERIAN HOSPITAL ;   NEW YORK
          PRESBYTERIAN LOWER MANHATTAN HOSPITAL ;  WEILL CORNELL MEDICAL ;
          CANTONESE INTERPRETER FOR NY PLMH ; MODERN MEDICAL PC ; AFFINITY
          HEALTH PLAN INC ; FIDELIS CARE ; NEW YORK CITY POLICE DEPARTMENT ; NEW
          YORK CITY POLICE DEPARTMENT 109TH PRECINCT ; NEW YORK CITY POLICE
          DEPARTMENT 120TH PRECINCT ; NEW YORK CITY POLICE DEPARTMENT 121
          PRECINCT ; GARDEN OF HOPE ; NEW YORK CITY TRANSIT AUTHORITY ; TRANSIT
          ADJUDICATION BUREAU ; NEW YORK CITY DEPARTMENT OF TRANSPORTATION ;

NEW YORK CITY DEPARTMENT OF DESIGN AND CONSTRUCTION ; NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT ; MOUNT SINAI HEALTH SYSTEM INC ; ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI ; MOUNT SINAI HOSPITAL ; MOUNT SINAI BETH ISRAEL ; MOUNT SINAI WEST ; RICHMOND UNIVERSITY MEDICAL CENTER ; OFFICE OF THE NEW YORK CITY CONTROLLER ; NEW YORK UNIVERSITY ; NEW YORK UNIVERSITY COLLEGE OF DENTISTRY ; METROPOLITAN DENTAL ASSOCIATES ; LEGAL SERVICES NYC ; LEGAL AID SOCIETY ; NEW YORK CITY MARSHALS ; CAMBA INC ; CITY UNIVERSITY OF NEW YORK ; BOROUGH OF MANHATTAN COMMUNITY COLLEGE ;                        , NEW YORK STATE UNIFIED COURT SYSTEM; NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE ;NEW YORK STATE DEPARTMENT OF LABOR ; CL SUPERMARKET INC; NAI BROTHER INC; YING JI CHANG FEN INC; WALGREENS BOOTS ALLIANCE, INC; DUANE READE INC; NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION ; NEW YORK CITY POLICE DEPARTMENT 1TH PRECINCT _____ is incorporated under the laws of the State of *( name )* New York _____and has its principal place of business in the State of *( name )* _New York_____ and has its principal place of business in *( name )* New York _____

h.     The defendant is an individual

The defendant , *( name )* JOAN M. KENNEY; DORIS LING -COHAN; LIZBETH; GONZALES; MATTHEW F. COOPER ; LOUIS L STANTON ; RENATA V. WEBER ; BARRINGTON D. PARKER ; PETER W. HALL ; CHRISTOPHER F. DRONEY ; KIMBERLY SLADE ; REMY SMITH; LIN YANFEN ;   MASH JIM ; LIUFENG CHEN ; HINGSZE CHAO ; JOHN DOE A; GIACHETTA , KENNETH(#80) ,MARSHAL _____is a citizen of the State of *( name )* _New York_____.

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

The amount in controversy - the amount the plaintiff claims the defendant owes or the amount at stake is more than $ 75,000 , not counting interest and costs of court , because ( explain ) : ,

## III.   Statement of Claim

Plaintiff Xuejie He, a single mother of her only daughter who legally entered the United States in December 2015 (through June 2016) with US Visa Control number 0187 to travel to the West Coast with her daughter, who is studying in the United States, allege the following :

1.   This is an action for relief from status discrimination of a victim of domestic violence  in violation of The United States Constitution  Equal Protection Clause of the Fourteenth Amendment, Racial Discrimination Act 1975 11(b),18A(1),18E(1),  42 U.S. Code § 2000a (a)(b)(4),  42 U.S. Code §1395dd (b)(1)(d)(2),   Social Security Act §1866(a)(1)(N), Attorney General Standards for Providing Services to Victims of Sexual Assault, as amended ( 3nd Edition), New York Consolidated Laws, Executive Law - EXC § 291(2), applicable standard of medical care , Patient Bill of Rights, Conspiracy against rights, perjury, dereliction of duty, deprivation of the right to life, Defamation Conspiracy, premises liability, illegally eviction,  Burglary, threat, intimidation, forced labor, insult, harassment, breach of written contract et, deliberate, negligence, and negligence per se,  demands damages and The Federal Tort Claims Act.

2.   Plaintiff's Xuejie He ( collectively , " Plaintiffs " ) allege that all Defendants charged below , all of whose true names are unknown ( collectively , " Defendants " ) , unlawfully discriminated against her on the basis of Nationality, national origin characteristics , including  language , and sex , and harassed her on the basis of national origin and language , and retaliated against her .

**Facts:**

1.   On February 09, 2016, Plaintiff Xuejie He went to Defendants USA, USCIS, NJS, UCNJPD and GNJPD federal Employees Pelaez Frank(PO) , John A(PO) and John B(PO)  to report the rape

assault and to ask for a criminal investigation to begin at 6808 Park Avenue, Guttenberg NJ 07093. that

2.   Employee Frank(PO) found John C(BS) was boss of Chinese Restaurant JADE GARDEN （at 6805 Park Avenue, Guttenberg NJ 07093） to translate for Plaintiff, and

3.   Translated by John C(BS)：Plaintiff's fiancé forced Plaintiff to perform a sexual act, Plaintiff yelled fiancé stop, stop, no, don't have sex that caused her private parts to bleed profusely, and she asked Defendants Employees Frank(PO), John A(PO) and John B(PO) twice Does this behavior constitute rape? they replied in the affirmative, then

4.   Defendants USA,USCIS, NJ, UCNJPD, and GNJPD did not provide plaintiff with report signature confirmation. then

5.   didn't send her for forensic examination, Instead,

6.   Defendants sent her to Defendants CLM & C, HHO, CH-CH at 176 Palisade Avenue, Jersey City, NJ 07306.

7.   Plaintiff has been conducting all conversations via Video Remote Interpreter ("VRI") at 176 Palisade Avenue, Jersey City, NJ 07306.

8.   Defendants USA, USCIS, NJS, UCNJPD, HCPO or GNJPD federal Employees Jane A(PO) and Jane B(PO) Defendant conducted oppressive interrogation of Plaintiff at 176 Palisade Avenue, Jersey City. And by using threats, intimidation and other means to force the plaintiff to answer insulting topics that have nothing to do with this incident, that Instead,

9.   how many people have had sex with you? (Plaintiff answered that only my fiancé.) and,

10.  we are not accusing you of your lifestyle. How many people do you have sex with? (Plaintiff

answered that only my fiancé.) and,

11.  they threats, intimidation Plaintiff  that they will check the DNA on her underwear to understand how many people have sex with her. (Plaintiff replied that she had brought her underwear for the day.) then,

12.  attacker's email address, the plaintiff's email address, her US/China phone number were recorded. In addition, and

13.  they took the plaintiff's panties from the day of the rape and the bleeding paper from the following three days, and refused to provide the plaintiff with a receipt (" VRI "), and

14.  they asked that Plaintiff need to wait for their phone call to inform her that she needs to be interrogated again  at 176 Palisade Avenue, Jersey City, NJ 07306.

15.  Defendants USCIS, CLM & C, HHO and CH-CH Employee Caitlin M Jones(MD) accepted Plaintiff chief complaint was raped that the Sexual Assault (in CH-CH), Pain in the vagina and anus, bleeding when defecating and urinating, then

16.  Defendants Employee Caitlin's assistant Jane C(SN) asked Plaintiff to take off her pants, looked at her vagina, uterus and anus and,

17.  Poked her uterus with a cotton swab and dipped it in blood, no tests, no photos and,

18.  Told Plaintiff that there was blood coming out of the vagina, uterus and anus,  She is menstruating and pain inside is because of a wound and,

19.  Defendants USCIS, CLM & C, HHO and CH-CH didn't send Plaintiff to medical forensic examination. At this time was the accident happened within 72 hours and,

20.  Didn't provide HIV preventives, birth control pills, and any pills to her and,

21.  Refused to provide the Medical Records to her, then

22. No examination of physical trauma, no laboratory tests, images or electrocardiograms, or other specialized laboratory tests of any kind, and

23. Was not sent for forensic examination. At this time, within 72 hours of the accident,

24. Was not provided with HIV prophylaxis, birth control pills, and any pills, and Plaintiff was not given access to her medical records and signed acknowledgments and,

25. Didn't send her to the hospital, didn't send her to see a specialist, and didn't send her to see a psychologist and

26. Without giving Plaintiff Home Care, and Instead,

27. Sent Plaintiff back home, that

28. Defendants USCIS, CLM & C, HHO and CH-CH deliberately deprived Plaintiff of the right to life at 176 Palisade Avenue, Jersey City, NJ 07306.

29. On February 20, 21, 2016, All Defendants charged above forced Plaintiff had to get evidence of criminals in her home 78xx Park Ave , North Bergen , NJ 07047.

30. On February 24, 2016, All Defendants charged above inflicted the double whammy of Plaintiff's inability to cope with physical illness and the identity of the prostitute in question. Plaintiff had come to the George Washington Bridge seeking suicide, A portrait of a dead black boy saved her on a Georgia bridge. Plaintiff, a single mother, was the only financial and emotional support for her 18-year-old daughter, she turned around and walked into Manhattan at George Washington Bridge, Fort Lee, NJ 07024.

31. On February 27, 2016, All Defendants charged above  directly led to Plaintiff suddenly suffered from hematuria incontinence accompanied by intense pain in the urethra, her Chinese credit card wasn't enough to pay for expensive medical bills, and she was forced to abuse antibiotics in her

home 78xx Park Ave , North Bergen , NJ 07047.

32. On March 9, 2016, All Defendants charged above forced Plaintiff had to go back to China to seek treatment at John F. Kennedy International Airport, New York, Queens, NY 11430.

33. On March 21, 2016, All Defendants charged above directly led to Plaintiff had to leave the Yunnan Provincial Design Institute Group Co., Ltd. 1 Yong Jin Lu, Xishan, Kunming, Yunnan, China, 650228, who had worked for 29 years, because All the above-mentioned Defendants forced Plaintiff to lost her abstract mind as an architect, and

34. Forced Plaintiff to lost the ability to run two businesses, her own design studio and building materials company , and

35. Forced Plaintiff to wakes up in the middle of the night sweating from nightmares in which doctors, police accuse her of being a prostitute , you can't get any medical care ,

36. Forced Plaintiff couldn't sleep and her mind breaks down in her home 12xx Dianchi Road Kunming China.

37. On March 28, 2016, All defendants charged above forced Plaintiff had to perform anorectal surgery at 157 Jinbi Rd, Xishan, Kunming, Yunnan, China, 650021.

38. On May 14, 2016, All the above-mentioned Defendants forced Plaintiff to return to New Jersey and waited for USA, USCIS, NJ, UCNJPD, HCPO and GJPD to call her.

39. On July 16 and 17, 2016, Defendants DELTA, AGHL, TB, and AAS sent two emails to Plaintiff in New York, informing her that flights DL2331 and DL017 would be changed on July 18, 2016, so they will reschedule her flight for free or Refund.

40. On July 17, 2016, Defendants Delta told Plaintiff to contact Defendants AGHL, TB, and AAS to reschedule her flights In a phone call from Manhattan and 1030 Delta Blvd Atlanta Georgia 30320,

then

41.    Plaintiff sent two emails to Defendants DELTA, AGHL, TB, and AAS with the date changed from

        July 18 to August 14, 2016, pending order calls from Defendants USA, NJ, UCNJPD, HCPO, and

        GJPD, 2016 at Night in New Jersey.

42.    On July 18, 2016, Defendant DELTA, AGHL, TB and AAS emailed Plaintiff in New York at 21:08

        p.m. that there were no changes to flights DL2331 and DL017. But the departure time of flight

        DL2331 is 20:55 p.m. At this time,

43.    Defendant DELTA, AGHL, TB and AAS's Flight DL2331 was in Flushing at LaGuardia Airport,

        departed at 22:31 PM.

44.    On August 07, 2016, Defendant DELTA, AGHL, TB and AAS sent an email to the plaintiff in New

        York, demanding that she pay $1,766 to change the flight ticket to August 14, 2016.

45.    On August 18, 2016, Defendant USA, USCIS, NJ, UCNJPD, HCPO and GDJPD still did not call

        Plaintiff, she had to leave the United States and return to China for her health and her daughter at

        John F. Kennedy International Airport, New York, Queens, NY 11430.

46.    On August 25, 2016, All Defendants charged above directly led to the dismissal of the plaintiff's

        claim for the house purchase contract, that Plaintiff missed her Appeal court hearing notice and was

        absent from the court hearing at 485, Dianchi Road, Xishan, Kunming, Yunnan, China 650238.

47.    On November 30, 2016, All Defendants charged above directly caused Plaintiff was a Uterine

        Fibroids, Twelve-lead electrocardiogram: (1 Sinus rhythm. (2)II. III avF T wave low or shallow

        down at 176 Qingnian Rd Wuhua District, Kunming, Yunnan, China 650021.

48.    On December 03, 08, 09, 10, 2016, Defendants USA, USCIS, NYS and NYPD refused to provide

        an interpreter to help Plaintiff for her case,  hung up call 21224493920 was one time, 2127678400

was seven times and 2123340711 was five time.

49. On December 7, 2016, All Defendants charged above directly led to Plaintiff filed a complaint against Defendant AGHL, TB, and AAS with the Zhejiang Provincial Administration for Industry and Commerce at 109 Fengqi East Road, Jianggan District, Hangzhou City, Zhejiang Province, China 310020.

50. On March 21, 2017, All defendants charged above  directly led to Plaintiff had to defend his rights and returned to the United States from the China at Seattle - Tacoma International Airport 17801 International Blvd , Seattle , WA 98158.

51. On April 2, 2017, Defendant DSLG employee Alexander Cabeceiras(MA) heard Plaintiff's case, knowing that Defendants USA, USCIS, NJS, UCNJPD, HCPO, GNJPD, CLM & C, HHO, and CH-CH all failed to provide her rape, medical and any reports, and Defendants CLM & C, HHO, and CH-CH had not given her AIDS medication and birth control pills, that Defendant DSLG had refused to provide commercial services for her case, Because plaintiff does not speak English at 4905 One Pennsylvania Square Suite, NY 10119.

52. On April 14, 2017, Defendants USA, USCIS, NJS, UCNJPD, GNJPD and a federal Employee John D(PO), took Plaintiff to JADE GARDEN Chinese Restaurant to have JohnC(the owner) again act as Plaintiff's interpreter at 6805 Park Avenue, Guttenberg NJ, In that case,

53. Defendants Employee John D(PO) gave Plaintiff the address of Defendant CH-CH, HCPO, and informed Plaintiff that Plaintiff could not go to CH-CH to obtain a medical report until defendant HCPO called Plaintiff, and Plaintiff's copy assault report dated February 9, 2016.        In this report,

54. Without recording the rape facts as stated by the accuser and,

55.   Without employees JohnA(PO) and JohnB(PO), and witness translator John C(boss) and,

56.   Without starting a criminal investigation, Instead,

57.   In this report, Plaintiff speaks English, Plaintiff states that the sex was consensual and,

58.   Only an officer of Pelaez Frank (PO) heard Plaintiff's to report of rape assault at 6808 Park Avenue, Guttenberg NJ 07093.

59.   On April 24, 2017, Defendants USA, USCIS, NJS and HCPO did not call Plaintiff. Defendants HHO, CH-CH and Employee Jane D(MD) only provided Plaintiff with Medical Record and refused to provide VRI and,

60.   This Medical Record has only conclusions, no evidence including any photos, inspection reports, and laboratory reports at 176 Palisade Avenue, Jersey City, NJ 07306.

61.   On April 24, 2017, Defendants USA, USCIS, NJS, HCPO and Employee Jane E(PO) did not find Plaintiff has a case here. JaneC(PO) copied GNJPD's report, and asked Plaintiff to wait for them to call her around at 555 Duncan Avenue-2nd Floor, Jersey City, NJ 07306 at 2:40 p.m..

62.   On May 19, 2017, Defendant CFH employee Tony Taylor saw the hospital report of Plaintiff's rape and the police report, knew that Plaintiff was a domestic violence survivor, sent Plaintiff to Defendant CCCSC to obtain immigration status, and

63.   Without sending Plaintiff to NYC Housing Authority, Instead,

64.   Send Plaintiff to remain homeless at 129 Fulton St, New York, NY 10038.

65.   On May 20, 2017, Defendant NYC-RM and USCIS entered into a seven-day residential services contract with He at 90 Lafayette St, New York, NY 10013.

66.   On May 21, 2017, Defendant NYC-RM and USCIS Employee Jane F(Supervisor) agreed that

Plaintiff would take her daughter to the airport on the night of May 22 so that she would take one night off at her lodging at 90 Lafayette Street, New York.

67.  Throughout the night of May 22, 2017, All Defendants charged above forced Plaintiff to inform her daughter, who had just turned 20 at Flushing LaGuardia Airport, that Plaintiff mother had been interrogated by prostitutes in New Jersey, receive no medical treatment for rape, lost her job, and suffer from physical illness. She will be out of school after their savings run out, but her mom is preparing a lawsuit and,

68.  Daughter vows to continue litigation in place of her mother, should Plaintiff die of illness before the proceedings are completed, until boarding a flight back to school in Seattle at around 6:30 a.m. on May 23, 2017  Ditmars Boulevard & 94th St, Flushing, New York, NY 11371.

69.  On May 23, 2017, Defendant NYC-RM canceled Plaintiffs' bed and refused to perform their May 20 contract for lodging at  90 Lafayette St, New York, NY 10013. Plaintiff lived on the streets of New York.

70.  On May 24, 2017,  Defendant NYC-RM and USCIS still refused to honor their accommodation contract, and Plaintiff brought with it a letter of accommodation support from Defendant CFH at 90 Lafayette Street, New York, NY 10013. The plaintiff was once again on the streets of New York.

71.  On May 25, 2017, Defendant NYC-RM and USCIS still refused to perform its accommodation contract at 90 Lafayette St, New York, NY 10013, then

72.  Plaintiff had to walk into the street after having dinner at Defendant NYC-RM and USCIS restaurant, Plaintiff suddenly suffered from angina pectoris, and was admitted to MSHS Emergency Department at 1 Gustave L. Levy Place, New York, NY 10029.

73.  On May 26, 2017, Defendant MSHS, ISMMS, MSH, USCIS and Employee Mirela Shohi Nicole Lazarciuc(MD), Abdul Vohra(MD), Benjamin McVane(MD), John Tang(MD), and Lawrence

Vaynerchuk(MD) heard she was a domestic violence survivor and Defendant NYC-RM has not fulfilled the shelter contract for 3 days, then

74. Without sending her in the hospital or the specialist and,

75. Without sending Plaintiff Home Care and,

76. And without sending Plaintiff to NYC Housing Authority, Instead,

77. Sent her living six months to Domestic Violence Shelter Defendant GOH and get New York Health Insurance at 1 Gustave L. Levy Place, New York, NY 10029.   .

78. On June 21, 2017, Defendant CCCSC and Employee paralegal Jusselia Molina informed plaintiff that Defendant HCPO was unable to sign a U certificate for plaintiff and,

79. That Defendant HCPO had a Defendant GNJPD investigation report stating that Plaintiff had not been raped, then

80. Plaintiff told Jusselia to inform Defendants USA, USCIS, NJS, UCNJPD, HCPO or GNJPD that they would be sued at 80 Maiden Lane, 13th, New York, New York 10038.

81. On July 28, 2017, All Defendants charged above caused Plaintiff's daughter Shi to transfer from Seattle college to Defendant BMCC college to care for her ailing mother, Plaintiff.  Shi was 20 years old at the time.

82. On July 28 ,2017, Defendant Li concealed that subdivided the 1 and 2 floor into 10 unit, as is a two-family residence. Defendant Li's family lives in the basement, and,

83. forced Shi signed first floor 4# room lease(nonMultiple Dwelling) and,

84. forced Shi payed August rent and deposit. The 4# room smallpox was leaking, would move in 4# room on August 01,2017.  The dangerous building stole Shi's money at 126 Scribner Ave Staten Island, NY 10301.

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

85. On August 17, 2017, Defendant CCCSC, USCIS and Employee Jusselia Findings: Defendant GNJPD was unable to sign the U certificate for Plaintiff because the rape case was submitted to Defendant HCPO, and

86. if Plaintiff sued Defendant USA, USCIS, NJS, UCNJPD, HCPO and GJPDO,   them would Sued plaintiff for receiving government benefits at Maiden Lane 80,13th, New York, NY 10038.

87. On August 31, 2017, All Defendants mentioned above forced the plaintiff to sue CH-CH, GNJPD and HCPO in New York County Supreme Court, No. 101247-2017.

88. On September 29, 2017, All Defendants charged above and EC forced Plaintiff to start volunteer work every Wednesday and Friday to get food, and provided food be close or past its best-buy date to maintain the life of Plaintiff and her daughter Kaiya at 13532 38th Ave, Queens, NY 11354.

89. On October 27, 2017, Defendant GOH and USCIS issued a warning notice to Plaintiff,  that if Plaintiff did not clean the common area of the shelter where she lived, she would lose her right to reside in the shelter at 143-41 Barclay Avenue, Unit A3, Flushing , NY 11355.

90. On October 30, 2017,  Defendant EC, TECPC and Employee Jane G(Manager) refused to show Plaintiff 4 public computer service rules in TECPC lobby at 56 Trinity Pl New York, NY 10006 and,

91. Without explaining to Plaintiff that only she did not have equal access to the public computer service rules, and

92. Defendant employee Jane G (Manager) jabbed Plaintiff's arm with her right index finger, JaneF (Lobby Security)pushed the plaintiff with both hands, Trying to forcibly remove the plaintiff from the hall and,

93. After Plaintiff yelled "don't touch me" at 13:30 p.m., Plaintiff lost control of her breathing and,

94. Plaintiff called Defendants USA, USCIS, NYS, NYC and NYPD 911 seeking police protection and initiating a criminal investigation, View photo and requiring an ambulance at 13:32 p.m., then

95. After yelling at Plaintiff that the police should not enter the parish, Employees Jane G (manager) and Jane H(security guard) quickly entered the office and,

96. Defendants EC and TECPC called Defendants USA, USCIS, NYS, NYC, and NYPD 911 stating that Plaintiff was immobilized due to a panic attack, and

97. need an ambulance, Instead,

98. didn't need the police to do an accident investigation around 13.34pm.

99. Plaintiff just had told her address to Defendants USA, USCIS, NY, NYC and NYPD 911, At this time, Kaiya came to Plaintiff, Jane H(Security) grabbed her left and right shoulders with both hands and shook her back and forth again, then Jane H(Security) threw her to the wall, She fell to the ground after hitting her head against the wall, and her phone fell to the ground and closed 911 call at 13:42p.m., and she could not move, her limbs were numb, unconscious, At this time

100. Defendants Employee Jane H(Security) asked Kaiya to hang up Defendant USA, USCIS, NYS, NYC and NYPD 911 calls again and again at 13:42p.m., 13:45 p.m. and 13:46 p.m., so they had called for an ambulance, Plaintiff had a panic attack and did not need Police, and the police were not allowed to enter the parish then

101. Kaiya called Defendant USA, USCIS, NYS, NYC and NYPD 911 in need of police and to ask for a criminal investigation to begin , View photo and ambulance again at 13:51p.m..

102. Defendants USA, USCIS, NY, NYC, and NYPD 911 called Defendants NY-PFI、NYPH、WCM、NY-PLMH, CI-NY-PLMH, MH 和 AMH stating that Plaintiff had a panic attack, was unable to move, and needed an ambulance at 13:41:18 p.m..

103. Defendants USA, USCIS, NYS, NYC and NYPD-1P did not come to Parish Center 56 Trinity Pl New York, NY 10006 at 13:55p.m.,

104. Defendants USCIS, NY-PFI、NYPH、WCM、NY-PLMH, CI-NY-PLMH, MH and AMH Employees Devon Chung and Joseph Galizia entered the lobby door of the Parish Center at 56 Trinity Pl New York, NY 10006 at 13:55 p.m.

105. After Defendant Employee Chung massaged Plaintiff's fingers while she was sitting against the wall, and put her on an oxygen-free mask, they lifted Plaintiff onto a chair, and then

106. Defendants Employee Galizia and Chung carried Plaintiff to the ambulance at 95 Trinity Pl New York, NY 10006, and Kaiya went together, and then

107. Defendant employees Galizia and Chung did not start the ambulance, and

108. Defendants Employee Galizia asked Kaiya to interpret for Plaintiff in the ambulance, Plaintiff suffered from headaches, dizziness, nausea and chest pains, until Plaintiff felt suffocated, and forcibly removed the mask and forced Galizia to take her to the hospital immediately, then

109. Defendants Employee Galizia put an oxygen mask on Plaintiff, and

110. Defendant Employee Galizia asked Chung to stop talking to JaneF (security) and asked him to drive to the hospital at about 2:20pm, and

111. Defendants USCIS, NY-PFI, NYPH, WCM, NY-PLMH, CI-NY-PLMH, MH, and AMH did not record Plaintiff's headache, nausea, back pain, and chest pain in their pre-hospital reports, and Shi refused to sign on behalf of Plaintiff.

112. Defendants USCIS, NY-PFI, NYPH, WCM, NY-PLMH, CI-NY-PLMH, MH, AMH and Employees Ahmed, Abdul-Aziz R. (MD), Niedzwiędz Camilla (Scribe), Siddiqui Elsa (RN) and Persaud Angela (SN ) ) gave Plaintiff a finger clip oximeter, blood pressure, and pulse

measurement, then oxygen mask was removed, when Plaintiff arrived at 170 William St., New York, NY 10038 about 2:30 p.m., however

113. refused to provide Plaintiff with a video remote interpreter, denying Kaiya to act as an interpreter for Plaintiff too, and

114. Defendant and Employee Ahmed (MD) accepts that EC and TECPC's defamation of Plaintiff was a spontaneous panic attack, did not fall, and

115. Defendant and Employees Ahmed (MD) accepts that EC and TECPC's defamation of Plaintiff was a spontaneous panic attack, did not fall, andDefendants CI-NY-PLMH and Employee Ahmed(MD) falsified Plaintiff's medical records, and,

116. Refusing to hear Plaintiff's statement that she fell to the ground after being assaulted and was suffering from chest pain, back pain, headache and nausea (Plaintiff used hand gestures), Instead,

117. Defendants CI-NY-PLMH and Employee Ahmed(MD) falsified Plaintiff's medical records, and

118. Defendant CI-NY-PLMH is the person on Plaintiff's medical records, but without a name, but

119. Plaintiff has never met Defendant CI-NY-PLMH, Plaintiff does not speak Cantonese, then

120. Defendant Employee Jane J (SN) gave Plaintiff an electrocardiogram at 2:56PM, Jane K (SN) gave her another nail oximeter measurement, and Jane K (SN) said to her again: "Be careful." at 4:15PM, and then

121. Defendants USCIS, NY-PFI, NYPH, WCM, NY-PLMH, CI-NY-PLMH, MH, and AMH did not examine Plaintiff for physical trauma, any laboratory tests, images, or other professional tests, and

122. Without sending Plaintiff to a hospital or to a specialist doctor,

123. and Without sending Plaintiff Home Care, Instead,

124. Sent Plaintiff to Defendant MM, MH, AMH and Employee Flya Kleyn was family doctor, and

125. Plaintiff had to change the family doctor to Flya Kleyn, and

126. Made an appointment for Plaintiff on November 8, 2017, and

127. Defendant Employee Persaud Angela (SN) asked Plaintiff to sign a discharge certificate, which Plaintiff refused. and told Defendant under a stone interpreter that Plaintiff felt nausea, Instead,

128. Defendant asked Kaiya to go to the food cabinet to take the cookies for Plaintiff helpless,

129. Plaintiff left ER with help from Kaiya at 170 William St., New York, NY 10038, then

130. Plaintiff returned to the scene and again to Defendants USA, USCIS, NY, NYC and NYPD 911 to Radio report the assault and to ask for a criminal investigation to begin, View photo and for Prosecute at 6:48p.m, and Defendant NYPD-1P asked Plaintiff to wait at the scene at 6:48p.m, 20:25p.m, 20:58 p.m., until

131. Plaintiff condition persisted, Plaintiff vomited and felt very cold and She had to leave the scene at 9:10p.m. at 56 Trinity Pl New York, NY 10006, until

132. Defendant USCIS, NYPD -1P Employee Jane L(PO) called to ask if Plaintiff was still at the scene and needed police at 12:09 a.m. on October 31, 2017, Plaintiff told JaneJ (PO) that police were needed, but Plaintiff left the scene after her vomiting and she's now in a shelter bed at 143-41Barclay Ave, C 2nd Floor, Flushing, then

133. Defendants USA, USCIS, NYS, NYC,  NYPD-1P and Employee JaneJ (PO) asked Plaintiff to call this number +1(1)(222)333-3 before reporting to Police Department.

134. On November 9, 2017, Defendant CLM&C employee Mitchell L. Pascual swore false testimony in a legal memorandum in support of GNJPD at 300 Lighting Way, Secaucus, NJ 07094, It said a Chinese man acted as a translator for the plaintiff at 176 Palisade Avenue, Jersey City, NJ 07306 date February 9, 2016.

135. On November 21, 2017, Defendants GOH, USCIS, MSHS, ISMMS, MSH, MH and AMH changed the locks of Plaintiff's residence, also picked the lock of Plaintiff's valuables wardrobe, stole all of Plaintiff's belongings, and

136. Defendants USA, USCIS, NYS, NYC, NYPD and Employees 21133(PO) and 21587(PO) refused to make a report on Plaintiff for Unlawful Evictions and Burglary Report, Jane M(Property Management) assisted Plaintiff in translation, at 6:50 p.m. at 143-41Barclay Ave, Flushing, NY 11355, and

137. Without returning Plaintiff to her residence, and

138. And Without sending Plaintiff to housing court, Instead,

139. Defendant Employees 21133(PO) ordered Jane M(Property Management) leave Plaintiff, then

140. Defendant Employees 21133(PO) ordered Plaintiff to leave here immediately or Plaintiff would be arrested at 143-41Barclay Ave, Flushing, NY 11355.

141. Defendants USA, NYS, NYC and NYPD-109P Employees John E(PO) and Jane N(PO) did not provide Plaintiff with an interpreter at 37-05 Union St in Flushing, NY 11354 around 8:30p.m., then

142. Defendants Employees John E(PO) telephoned Defendant GOH, Employee Ms. Wang, that

143. Without turning over the stolen property to Plaintiff , Instead,

144. Directed Plaintiff to look her stolen property in outdoor trash bags at 135-20 35th Ave, Flushing

around 8:30 p.m., and

145. refused to file an Unlawful Eviction and Burglary Report with Plaintiff, and

146. Without returning Plaintiff to her residence, and

147. And Without sending Plaintiff to housing court, Instead,

148. Plaintiff was left on the street at 37-05 Union St in Flushing, NY 11354 around 8:50 p.m..

149. On November 22, 2017, Defendants USCIS, MSHS, ISMMS, MSH, MSW, MH, and AHP performed X-rays and Head CT scan on Plaintiff for her fall after being assaulted by Defendants EC and TECPC Employees and for Plaintiff's persistent chest, back, head pain and dizziness at, but and

150. Without giving Plaintiff a full-body CT scan and,

151. Without giving e Plaintiff this Medical Report and,

152. Without giving Plaintiff to a hospital and a specialist and,

153. and Without sending Plaintiff Home Care, Instead,

154. Sending Plaintiff again to Defendants MM, USCIS, MH and AMH's employee family physician, Flya Kleyn and,

155. Sending Plaintiff to the Brooklyn Women's Shelter at 1 Gustave L. Levy Place and 1468 Madison Avenue, New York, NY 10029-6574 then,

156. When they arrived at the storage location where All defendants charged above  stole Plaintiff's property at 135-20 35th Ave in Flushing at 19:41p.m., there was nothing there including garbage bags that,

157. All defendants charged above forced Plaintiff out of the hospital car and onto the street at 135-20

35th Ave in Flushing at 19:28 p.m..

158. On 22 November 2017, All defendants charged above forced Plaintiff into the rented house of her daughter Shi, and

159. forced Plaintiff to promise to pay her $50 a day in rent after receiving the claim at 126 Scribner Ave Staten Island, NY 10301.

160. On November 27, 2017, Defendants USA, USCIS, NYS, NYC, NYPD-109P and employees Gigante (PO) and Jane P (PO) took inventory of all items that Defendant GOH had stolen from Plaintiff's domicile on November 21 at 143-41 Barclay Ave, Flushing, then,

161. Without providing an interpreter for Plaintiff, Instead,

162. Let Defendant GOH, Thief provide an interpreter for Plaintiff, Stolen person then

163. Plaintiff was asked to sign to confirm Burglary Report by Gigante (PO), so that the missing items included a jade necklace, a USB and earphone, but

164. Missing evidence documents brought from China for the lawsuit, cosmetics, toiletries, and all food items including those in the refrigerator cannot be recorded in list of Burglary Report, and

165. Damaged valuables GUCCI scarf; BURBERRY leather jackets and cow hair handbags, TORY 'BURCH sweaters and leather jackets, Sony mobile phones cannot be turned on, laptops lose sound and cannot be recorded in list of Burglary Report, then

166. Defendant Employee Gigante (PO) informed Plaintiff that her Burglary Report would be available next week (Report No. 3707) from 37-05 Union St in Flushing, NY 11354, then

167. Gigante (PO)和 Jane P (PO) left here, Defendant GOH office at 135-20 35th Ave, Flushing, NY 11354 about 7:40 p.m., Instead,

168. Ten minutes later Defendant Employees Gigante (PO) and Jane P (PO) returned here and

169. Plaintiff refuses Jane P (PO) to request Plaintiff to sign a blank Burglary Report and,

170. Plaintiff refused Gigante (PO) requiring Plaintiff to sign a Burglary Report with only missing items a USB and headphones at 135-20 35th Ave, Flushing, NY 11354 abound 8:00 p.m.

171. On December 13, 2017, All Defendants charged above and Li forced Plaintiff to pay the rent of $200 directly to Defendant Li for Room 4. In the future, they would pay the rent of $780 for Room 4 on the 28th of each month for the use of Plaintiff and Shi at 126 Scribner Ave Staten Island, NY 10301.

172. On December 18, 2017, Defendant MM, USCIS, MH, AMH and Employees Flya Kleyn(MD) and assistant Janel (MA) did not send Plaintiff to a specialist for Plaintiff's back, lower back, head pain, dizziness continued to this day for Plaintiff fell after being assaulted on October 30, 2017,

173. Without giving the plaintiff a full-body CT scan, Instead,

174. Send her to Primary Physical Therapy, and

175. Without giving Plaintiff Home Care, Instead,

176. Send Plaintiff home with painkillers to cover up her illness at 225 Broadway Suite 1420 New York.

177. On January 2, 2018, Defendant NY, NYC-HRA and Employee John F(00025) denied Plaintiff's application for food assistance and house for victims of domestic violence dated May 1, 2017, because Plaintiff did not have immigration status, and

178. didn't provide a report of decision to Plaintiff (verbal notification). that

179. Plaintiff couldn't appeal for it at 253 Schermerhorn street Brooklyn , NY 11201 .

180. On January 25, 2018, Defendant Li and All Defendants charged above forced Plaintiff sign lease of Bedroom #4 of Shi' renting again, which Plaintiff immediately refused. And on February 5, 2018, the lawyer told Plaintiff that she did not need to sign a lease and could not pay rent at 111 Centre

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

St, New York, NY 10013  .

181. On February 07, 2018, Defendant MM, USCIS, MH, AMH and Employees Gouping Zhou(M.D), Flya Kleyn(MD), JaneI(MA)  , L.S(SN) and Batya Papc(study) gave Plaintiff two EEGs, 30 minutes each for her headache and Dizziness from falling after Attack date October 30, 2017 and,

182. Without giving Plaintiff a full-body CT scan, and

183. Without giving Plaintiff Home Care, Instead,

184. Batya drew Plaintiff's blood for testing because Plaintiff suffered back and head pain as a result of falling after Assault on October 30, and

185. Still took ibuprofen and physical therapy for pain relief at 225 Broadway Suite 1420 New York. As a result,

186. All defendants charged above left Plaintiff with insomnia and panic attacks, when Plaintiff was at her home night after reading why she needed an EEG, and

187. Didn't dare to see family doctor Kleyn (MD) again, and

188. Only took ibuprofen and physical therapy for pain relief from all physical ailments at 126 Scribner Ave Staten Island, NY 10301.

189. On February 07, 2018,  Defendant MM, USCIS, MH, AMH and Employees Gouping Zhou(M.D), Diagnosis: Plaintiff was normal EEG. But,

190. A report from another medical institution diagnosing Plaintiff as an epileptic patient, and

191. In conclusion: Plaintiff was an epileptic patient at 225 Broadway Suite 1420 New York.

192. On March 2, 2018, Defendants USA, NYS, NYC and NYPD destroyed Plaintiff's Burglary Report (Report No. 3707) at 1 Police Plaza Room 300 New York, NY 10038.

193. On March 2, 2018, Defendants Li , Mash, USA, USCIS, NYS, NYC, NYPD-120P and Employees John G(PO) and John H(PO)  came in Kaiya's #4 Bedroom at 22:10 p.m. that,

194. Threatened Plaintiff and Shi to sign a new lease with Defendant Li, pay a monthly rent of $780 for #4 bedroom, or vacate the residence at 126 Scribner Ave Staten Island, NY 10301.

195. On March 13, 2018, Defendants USA, USCIS, NYS, NYC, NYC-TA and TAB Employees Vara (hearing Officer) refused to provide a free lawyer to Plaintiff for default decision and order of TAB on February 03, 2018, And

196. Plaintiff provided a support letter of homeless from Defendant CFH. and,

197. Title of summons and default judgment of 114502704, XueGie He failed, not Plaintiff, Xuejie He, homeless at 29 Gallatin Pl, Brooklyn, NY 11201.

198. On March 23,2018, Defendant USA, USCIS, NYS, NYC, NYC-TA and TAB and Judge ordered Plaintiff Xuejie He, homeless to pay penalty $150.00 for XueGie He, that

199. Plaintiff,  Xuejie He, homeless never saw the judge at 29 Gallatin Pl, Brooklyn, NY 11201.

200. On March 29, 2018 Defendant USA, USCIS, NYS, NYC, NYC-TA and TAB forced Plaintiff, homeless to pay $ 150 for XueGie He from Xuejie He,homeless at 29 Gallatin Pl, Brooklyn, NY 11201.

201. On March 23, 2018,  All defendants charged above forced Plaintiff to do volunteer work in order to obtain food. Today is Friday is Volunteer Day for Food Day, that

202. Plaintiff was walking on a common property on the premises owned and managed by Defendant NY, NYC, John Doe A(property owner), NYC-DOT and NYC-DDC on the sidewalk in front of her home, At that same time and place, the sidewalk and Roadway lots had not been properly cleared of snow from the storm on March 22 at 138 scribner ave, staten island, NY, 10301 and,

203. this sidewalk slopes 40° to 45° in parts and,

204. sidewalk was below the roadway elevation and,

205. no curb between the sidewalk and the roadway and,

206. no transverse sidewalk grade and, no drainage sump and

207. roadway water drains into sidewalk.

208. At that same time and place was Roadway snow melts and flows into sidewalk icee, and,

209. All of the pressures of life and mental stress that have been placed on Plaintiff by all Defendants charged above,

210. All Defendants charged above caused Plaintiff to slip and fall, causing her severe injuries, broken in the wrist and, concussion and, the Cervical Vertebrae, Lumbar Vertebrae, Spine were injury, and broken teeth, cracked, tooth were injury. then

211. Defendants USCIS, MSHS, ISMMS, MSBI, MH and AMH Employees Michelle Lin (MD), Julissa Velasquez (PA-C), Lindon Richards (RN) did not give Plaintiff video interpreters, that

212. Provided a telephone interpreter for Plaintiff, who slipped and fell on an icy sidewalk and suffered from general pain and dizziness and,

213. Right wrist has been red and swollen very serious and,

214. Provide Plaintiff with a painkiller and watch her take it orally then,

215. Only took X-rays of Plaintiff's right wrist, arm, but

216. Without giving Plaintiff a full-body CT scan, and

217. Without giving to examine Plaintiff for physical trauma, any laboratory tests, images, or other

professional tests, and

218. Without sending Plaintiff to a Hospital or to a Emergency Specialty Hospital, Instead,

219. Only send Plaintiff to see Renata V Weber(MD) for Plaintiff's comminuted fractured wrist on an appointment date of April 9, 2018 and,

220. Without giving Plaintiff Home Care, Instead,

221. Provided Painkillers to send plaintiff home, and,

222. Masked Plaintiff's physical ailment with Painkillers at 281 First Avenue, New York, NY 10003.

223. On March 27, 2018, USCIS, MSHS, ISMMS, MSBI, MH, AMH and Employees Kevin Nelson(PA-C) and David Terca(MD) failed to provide plaintiff with an interpreter, and

224. Defendant employee Terca (MD) informed Plaintiff that her dizziness and vomiting were symptoms of a reaction to painkillers (use google translate on your phone), and then

225. Did not perform a full-body CT scan for Plaintiff, and

226. A new plaster splint was made for plaintiff's severely swollen, deformed wrist, and

227. Without giving Plaintiff to a Hospital or to a Emergency Specialty Hospital, Instead,

228. Still insisting on sending Plaintiff to Renata V Weber (MD) for appointment date April 9, 2018 and,

229. Without giving Plaintiff Home Care at 281 First Avenue, New York, NY 10003.

230. On April 9, 2018, After the Defendants, MSHS, ISMMS, MSBI , MH, AMH and Employees Renata V Weber (Dr) examined the X-ray of Plaintiff's wrist in March 23, that

231. Plaintiff had to have surgery and,

232. Plaintiff paid for all surgeries, that Weber(Dr) was not an MH and AMH Employee, and

233. Weber(Dr) refused MH and AMH's authorization to perform the surgeries for Plaintiff, Instead,

234. Weber(Dr) sent Plaintiff to Vladimir Shur (Dr) for Plaintiff's surgery at 1049 5th Ave Ste 2D New York.

235. On April 13, 2018, Defendants USCIS, MSHS, ISMMS, MSBI , MH, AMH and Employee Javier Z(MD) did not perform surgery on Plaintiff's wrist, and

236. remove the splint and replace it with a Resin plaster, Still and

237. Without giving Plaintiff to the hospital for Plaintiff's headache, dizziness, nausea, vomiting and back pain and,

238. nor did they send Plaintiff a full-body CT scan, and Instead,

239. Send Plaintiff home and stop anti-inflammatory and pain medication so her headache, dizziness and nausea will go away and,

240. Without giving Plaintiff Home Care at 1000 10th Avenue, New York, NY 10019.

241. On April 19, 2018,  Defendants USA, USCIS, NYS, NYC, NYPD-121P and Employees John J(PO), John K(PO), John L (PO) and John M(PO) Defendant failed to provide Plaintiff with a Assault Report, that

242.  Defendants Li, Mash, Chen and John N(brother of Mash) illegal trespassed Plaintiff's home and,

243. Defendants Mash and Chen raised their fists at Plaintiff in an attempt to attack the plaintiff who was vomiting into the toilet,

244. Defendants Employees John J(PO), John K(PO), John L (PO) and John M(PO) sent Plaintiff to RUMC,  and

245. failed to provide Plaintiff with a Life Protection Order at 126 scribner ave 1 floor e, staten island ,

NY10301.

246. Defendants USCIS, MSHS, ISMMS, RUMC,  MH and AHP Employees Godick Simeon (MD) Diagnosis: Plaintiff was Concussion, disc protrusions and disc osteophyte complex and,

247. Without giving Plaintiff to a hospital and,

248. Without giving Plaintiff Home Care, and Instead,

249. Sent Plaintiff home with a referral to an appointment neurologist for treatment of concussion, brain cysts, herniated disc and disc osteophyte complex at 355 Bard Ave, Staten Island,New York 10310.

250. On or about April 21, 2018, Defendants USCIS, MSHS, ISMMS, MSBI , MH and AMH called Plaintiff's neurologist to make an appointment on August 30, 2018 at 5 E 98th St 7th Floor, New York, NY 10029.

251. On May 16 and 25, 2018, Defendants USCIS, LSNYC and TLAS  Employees Mike(Attorney)and Andrew Sy(Attorney) were respondent lawyer as Plaintiffs in the eviction case No.051338-18. They decide to counterclaim and defend, that

252. Defendant Li, Mash, Chen and John N assaulted Plaintiff on April 19, 2018 and,

253. Forced Plaintiffs payment rent to NonMultiple Dwelling and,

254. Plaintiff was living in a dangerous building that has been illegally transformed at 36 Richmond Terrace # 205 and 60 Bay St #22, 2514, Staten Island, NY 1030,  and, .

255. On May 29, 2018, Defendants USA, USCIS, NYS, NYC and NYPD-121P Employees John P(PO) and Jane Q(PO) stated that Plaintiff made an attack report No.975 on April 19, 2018 was in NYPD-120P.

256. On the morning of June 10, 2018, Defendants USA, USCIS, NYS, NYC and NYPD-120P

Employees John Q(PO)and John R(PO) couldn't provide Assault Report to Plaintiff that Defendant Li and Mash illegal trespassed inside Plaintiff's home and threatened to hit her incident site, and without granting Plaintiff a Life Protection Order at 126 scribner ave, staten island, NY 10301.

257. On June 21, 2018,  Defendants USA, USCIS, NYS, NYC and ONYC.CO's eClaim system couldn't be filed due by a technical failure. And this day was the last day of Plaintiff application for investigation and claim registration of Plaintiff slipped and fell on snow  at 126 scribner ave, staten island, NY 10301.

258. On June 22, 2018, Defendants USA, USCIS, NYS, NYC, ONYC.CO and Employees John S  and John T confirmed the technical failure of the eClaim system to Plaintiff  at 9:30 AM and,

259. Letted Plaintiff  completed and submitted the manual form submission at 2: 20PM and,

260. Promised to prove this malfunction for Plaintiff at 1 Center Street, , #530,  New York, NY 10007.

261. On July 3, 2018, defendants USA, USCIS, NYS, NYC and ONYC.CO employee Scott M. Stringer (Comptroller) dismissed the claims filed by the Plaintiffs on June 22, citing overdue, and

262. No hearing was given to the plaintiffs,  Instead,

263. Defendant USA, USCIS, NYS, NYC and ONYC.CO Employee Scott M. Stringer (Comptroller) were in violation of the Equal access at 1 Center Street, , #530,  New York, NY 10007.

264. On July 30, 2018, Defendants USA, USCIS, NY, NYC, and NYPD-121P destroyed Plaintiff's Assault Report No. 975, dated April 19, 2018, at 126 Scribner Ave, Staten Island and,

265. Replace Plaintiff's Assault Report No. 975 with Harassment Report No. 4472 at 1 Police Plaza Room 300 New York, NY 10038.

266. On August 09, 2018, defendants USCIS, LSNYC, TLAS and employees Mike and Andrew failed to counterclaim and defend Case No.051338-18. And,

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

267. Did not bring the plaintiff into court and,

268. Also received a 30-day eviction notice to Plaintiff from case's Petitioner Mash on July 24, 2018 and,

269. During Mike's call to Plaintiff at 10:30 a.m., Plaintiff repeated that Plaintiff's authorization on July 15, 2018 to counterclaim and defend its case is subject to the judge's judgment. Instead,

270. Agreed unconditionally that Petitioner in the case, Marsh, withdrew his suit at 927 Castleton Ave, Staten Island, NY 10310.

271. On August 16, 2018, All defendants charged above made Plaintiff immediately re-enter Eviction Process of Defendant Mash at 927 Castleton Ave, Staten Island, NY 10310.

272. On August 16, 2018 Defendants USA, USCIS, NY, NYC, NYSUCS and Employee Defendants Joan M. Kenney (Judge) and John U (Translator) only lost court records for the third SC 890/2018 in the open case and,

273. Defendant Kenny (Judge) still uses John U who Plaintiff complained of providing the wrong translation and,

274. Asked only Plaintiff who is Petitioner in the case and,

275. No questions were asked to Arbitration,

276. No questions were asked of Respondent in the case,

277. Nor did they ask any questions to Interpreter John U, Instead,

278. Answered all questions Plaintiff, Petitioner posed to Respondent in the case SC 890/2018, Instead,

279. Defendant Kenney (judge) denied Plaintiff, Petitioner's request to put case back on calendar, empty arbitration and John U (translator) mistranslation at 111 Center Street, New York, NY 10013.

280. On August 30, 2018, Defendants USCIS, MSHS, ISMMS, MSH, MSBI, MSW, MH, and AHP Employees Jane R(Manager) and Cnarles Stacy (MD) did not perform a full-body CT scan for Plaintiff's concussion, brain cyst, herniated disc, and disc osteophyte complex and,

281. Plaintiff complain of being dizzy after turning back and forth now

282. After Palpation and Percussion, the diagnosis concluded that the residual cervical spine caused Plaintiff being dizzy after turning back and forth, lumbar spine and back pain now and,

283. Without accepting Plaintiff's Medical insurance (but got this appointment four months ago) and,

284. Without providing a referral for plaintiff's cervical spine Instead,

285. Plaintiffs must pay cash for the visit because Cnarles Stacy (MD) is not an employee of MH and AHP , and Instead,

286. After Jane R(Manager) publicly humiliated Plaintiff in the waiting room for not having cash to pay medical bills and,

287. JaneR (Manager) only provided two of these pages of Plaintiff's medical report in the waiting room, one: "Note: ...left without paying", and the other:   "Note shared with patient.........left without paying" then,

288. Without giving Plaintiff Home Care and,

289. Send plaintiff home at 5 E 98th St 7th Floor, New York, NY 10029.

290. On August 31, 2018, Defendants USCIS, MSHS, ISMMS, MSH, MSBI, MSW, MH and AHP Employees Cnarles Stacy (MD) and JaneR (Manager) sent gabapentin ( NEURONTIN )claiming to manage Plaintiff's  cervical spine residue, Instead,

291. Gabapentin ( NEURONTIN ) to manage seizures related to epilepsy

292. in CVS Pharmacy at 129 Fulton St, New York, NY 10038,  Apparently Plaintiff threw it away a drug that may cause cancer.

293. On September 10, 2018, Defendants USCIS, MDA, MH, AHP and Employee Jane S (SN) refused Plaintiff to choose the doctor here to treat her teeth then,

294. Defendant Employee John V (RN) took X-rays of Plaintiff's full teeth, then

295. Defendant Employee Jane T(MD) cleaned Plaintiff's teeth and,

296. Without sending Plaintiff to MDA's Periodontology and,

297. Without sending Plaintiff to MDA Endodontics, and Instead,

298. After referring Plaintiff to Defendant NYU, USCIS and NYU-CD for root canal treatment, Plaintiff returns to Defendant MDA to make a new tooth bridge for plaintiff, and

299. Refusing to provide medical records at 225 Broadway, New York, NY 10007

300. On September 24, 2018, Defendants USA,USCIS, NY, NYC and NYPD Employees 16050(PO) and 18968(PO) called Defendant MASH to state that he had entered Plaintiff's home about 7:00 a.m. and ,

301. sprayed Plaintiff's food with Attack Bugs, then

302. Without arresting Defendant MASH, and

303. Without granting Plaintiff a Life Protection Order, Instead,

304. Refused to provide this Report Assault to Plaintiff at 7:56 a.m. at 126 scribner ave., staten island, NY 10301.

305. On September 27, 2018, Defendants USA, USCIS, NYS, NYC and NYPD Employees John W(PO) and John X(PO) refused to provide Plaintiff's report assault that Plaintiff's mouth and tongue felt

numb after eating home food, hearing was impaired, and

306. Without arresting Defendant MASH and,

307. Plaintiff was not granted a Life Protection Order, Just

308. Send Plaintiff to RUMC at 126 scribner ave., staten island, NY 10301.

309. On October 1, 2018, Defendants USA, USCIS, NYS, NYC and NYPD Employees Richardson ( PO 23505) and Ganevan (PO)refused Plaintiff made an Illegal Invasion and Burglary report at 126 scribner ave, 1 floor staten island, NY 10301 that,

310. Defendant Li and Mash broke into Plaintiff's home by illegally at 5:46 AM and,

311. Defendant Mash holds a weapon (wooden stick) and, Defendant Li was filming to Plaintiff then,

312. Stole heating switch and, robbed the Attack Bugs that was sprayed into Plaintiff's food . then

313. NYPD-120P accepted Plaintiff made this Illegal Invasion and Burglary report but,

314. Without arresting Defendant MASH and Li, and

315. Plaintiff was not granted a Life Protection Order at 78 Richmond Terrace,  Staten Island, New York 10301.

316. On October 2, 2018, Defendants NYU ,USCIS, NYU-CD, AHP and MH Employees Jasper lu (DDS) and John Y(MD)  took X-rays of Plaintiff's full teeth, then

317. Can't treatment Plaintiff Periodontics and Plaintiff's root is too short so,

318. have to pull out all of the plaintiff's teeth,

319. Without sending Plaintiff to Periodontology and,

320. Without sending Plaintiff to Endodontics, and Instead,

321. Sent Plaintiff waiting at home for her appointment at 345 E 24th St, New York, NY 10010.

322. On October 25, 2018, Defendant LSNYC and USCIS refused to serve Eviction Case LT-053082-18 of Plaintiff and,

323. Sent Plaintiff to Defendant TLAS at 36 Richmond Terrace Ste 205 Staten Island NY 10301.

324. On October 29, 2018, Defendant TLAS Employees Andrew Sy and John Z(Manager) refused to service Eviction Case LT-053082-18 of Plaintiffs that,

325. Reason is that the new eviction case is the same case as the old eviction case, Instead,

326. It was closed on August 9, 2018, at 60 Bay Street, Staten Island, NY 10301.

327. On November 06, 2018, Defendants USA, USCIS, NY and Louis. L Stanton modified the amount of claim of the complaint was $58,008.456  from was $58,008,456 and ,

328. Refusal to issue summons SDNY No.18-CV-07086-RA, then

329. Dismissed Plaintiff's  complaint under lacks subject-matter jurisdiction and lacks diversity jurisdiction at 500 Pearl St New York, NY 10007.

330. Plaintiff did Legal Research and Preparing Briefs and appeal to Appeals 2nd Circuit. The JUDGMENT was REMANDED by Appeals 2nd Circuit on April 04, 2019 at 40 Foley Square, New York NY 10007.

331. On November 06, 2018, Defendants USA, USCIS, NYS and Stanton didn't issue summons and, ordered Plaintiff He made perjury that amend complaint facts of statement of the case and, amend title and, amend relief in SDNY No.18-CV-9934 then,

332. Plaintiff refused to perjury and, appealed on  November 28, 2018.  Stanton dismissed the He's complaint about January, 2019  at 500 Pearl St New York, NY 10007.

333. On December 20, 2018, Defendant USA, USCIS, NYS, NYC, Doris Ling-Cohan, Lizbeth Gonzalez and Matthew F. Cooper heard the Appeal case No. 570916-18 in public but,

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

334. Without public court records of lower court trials, Instead,

335. upheld the original verdict at 60 Centre Street New York, NY 10007.

336. On February 1, 2019,   Defendants USA, USCIS, NYS, NYC and Kimberley Slade(judge)  heard, adjudicating an eviction case for nonlegal Title of Petitioner Case  No.LT -053082-18 and,

337. Refusing to provide free attorney to Plaintiff, Respondent in LT-053082-18 and,

338. Refused Plaintiff to provide Chinese evidence ,  and

339. Refused Court interpreter to translate's Chinese evidence and ,

340. Without declaring the discipline of the court,

341. Slade(judge) forced Plaintiff, Represent to leave Trial Court to wait when Plaintiff, Respondent wanted to represent  Shi, another Respondent in the case, and  Instead,

342. Court did not adjourn and,

343. Continued its  investigation until the investigation was over, and then

344. Forcing Plaintiff to return to Trial Court and,

345. Require Plaintiff to supplement this investigation during her absence fromTrial Court, and then

346. Hear the decision in case No.LT -053082-18 at 927 Castleton Ave Staten Island, NY 10310.

347. On February 11, 2019, All Defendants mentioned above and Defendants MH, AHP, CC, FC and NYU-CD Employee Jasper finally send Plaintiff to Prosthodontics for Periodontics,

348. Prosthodontics Employee John AA could't treatment Periodontics then,

349. Sent Plaintiff back to Jasper at 345 E 24th St, New York, NY 10010.

350. On March 1, 2019,   Defendant USA, USCIS, NYS, NYC and Employee  Kenneth Giachetta (Marshals) enforces expulsion orders No.77694 from adjudicating of nonlegal Title of Petitioner

No. LT-053082-18 that,

351. Petitioner is nonlegal Title, Jim J Mash (legal Title, Jim Mash) at 155 New Dorp Plaza Staten Island, NY 10306.

352. On March 6, 2019, Defendant CB and USCIS Employee Glenn Berry(Staff Attorney) refused to appeal on behalf of Plaintiff for the eviction case and the eviction notice and,

353. Case was definitely to prevail the case's that,

354. Case's Petitioner used nonlegal Title and, Never signed for lease and, End the lease early and, wasn't the 60 days Note and,

355. Respondent, Plaintiff was under-tenant at 120 Stuyvesant Place, Suite 413, Staten Island, NY 10301.

356. On March 15, 2019, All Defendants mentioned above forced Plaintiff with her daughter to sign a one-bedroom lease with Defendant Sze, forced Plaintiff to pay the non-Multiple Dwelling rent $700 every month and,

357. Without providing Plaintiff rent receipt and,

358. Plaintiffs are afraid to file complaints against Defendant Sze in Defendants USA, USCIS, NYS, NYC-HPD for fear of further evicted again at 162 wastervelt Ave, staten Island NY 10301.

359. On March 18, 2019, Defendant USA, USCIS, NY, NYC-HPD, NYCPD, Li and Mash locked the indoor temperature of the plaintiff's house from 63°F to 67°F date from October1, 2018 to March18, 2019, Stole the plaintiff's health at 126 scribner ave., staten island, NY 10301.

360. On March 27, 2019, Defendants USA, USCIS, NYS, Barrington D. Parker (Judge), Peter W. Hall (Judge), and Christopher F. Droney (Judge) entered the defense of Defendants in the case No. 18-CV-9934 and ,

361. Plaintiff files an application for a hearing,Instead,

362. Without giving Plaintiff a hearing, and

363. Dismiss Plaintiff's Appeal and, Continuing Plaintiff's loss of property, loss of reputation and,

364. Continuing actual physical injury sustained and for concomitant mental and emotional suffering at 40 Foley Square New York NY 10007.

365. On April 23, 2019, Defendants USA, USCIS, NYS and NYC did not appoint counsel for Plaintiff, Respondent of  No.2019-537 RIC, and

366. Without any objection paper to Respondent, Plaintiff for forma pauperis appeal, Instead,

367. Denied Plaintiff，  Respondent's appeal as a poor person，  under

368. Absent are affidavits of service showing service of the motion papers on the Corporation Counsel as mandated by CPLR 1101 ( c ) ,  that

369. CPLR 1101(c) violates 28 U.S.C § 1746, and 18 U.S.C § 1620 at 45 Monroe Place, Brooklyn, NY 11201.

370. On April 30, 2019,  Defendant MH, AHP, CC, FC, NYU,  NYU-CD, USCIS, and Employee Jasper sent Plaintiff to Prosthodontics again. Prosthodontics Employee John BA(Manager) refused to treat for Plaintiff's tooth and,

371. Without any radiology and examination and,

372. Without  sending Plaintiff in Periodontics and,

373. Without  sending Plaintiff in Endodontics, Instead,

374. Sent Plaintiff waiting at home for her appointment at 345 E 24th St, New York, NY 10010.

375. On May 29, 2019,  Kaiya and Plaintiff filed the Loss Claim Form with Notice Of Eviction to the

ONYC.CO  at 1 Center Street, , #530,  New York, NY 10007.

376. On June 05, 2019. USA, USCIS, NYS, NYC and ONYC.CO assigned the claim number was 2019P1015357, and will do them best to investigate and, settle Kaiya and Plaintiff 's claim at 1 Center Street,  New York, NY 10007.

377. On June 07, 2019, Defendants USA, USCIS, NYS, NYC and ONYC.CO Employees Scott M. Stringer (Comptroller) and Charles Castaldo disallowed kaiya and Plaintiff 's claim for Eviction Notice No. 77694 by failed to provide the date, location and description, Instead,

378. The date, location and description were in LCF page 1 and page 2 and Instead,

379.  Defendant USA, USCIS, NYS, NYC and ONYC.CO Employee Scott M. Stringer (Comptroller) and Charles Castaldo were in violation of the Equal access.

380. On June 7, 2019, All Defendants mentioned above and CUNY , BMCC , USCIS and Employee Lily Yi Elkin (Assistant Director of International and Transfer Services)failed to investigate why the plaintiff's daughter Shi missed an exam in a subject and,

381. Shi's grades dropped, and didn't have money to continue learning, and didn't have money to transfer to university and then,

382. Without making Shi take a make-up test and

383. Without notifying the tuition provider of the plaintiff,

384. Without sending Shi to school and Defendants USA, USCIS, NYS and NYC to apply for financial aid and,

385. And without sending Shi seeing a therapist (Plaintiff pays for medical insurance in the tuition), Instead,

386. Sent Shi out of school and,

387.  Terminate Shi's education at 199 Chambers St, New York, NY 10007.

388. On July 21, 2020, Defendants USA, USCIS, NYS, NYC, DOB, HPD, and NYC-DOHMH inspected the house for Plaintiff's complaint of July 6, 2020,  that

389. Illegal modification of the first floor, the second floor issued a ticket and,

390. Illegal occupancy of the attic and basement were closed and ticketed and,

391. Without protecting the complainant,Plaintiff, Instead,

392. Post the complaint and tickets totaling $52,560.00 on Defendant HPD's public website at 100 Gold St, New York,New York 10038.

393. On July 23, 2020, Defendants USA, USCIS, NYS, NYC, DOB, NYC-HPD, NYPD and NYC-DOHMH sent two tickets to Defendant Sze and Plaintiff opens door to housing about 2:00 p.m. but,

394. Without serving a life protection order to the complainant, Plaintiff who complained of the violation and,

395. Without sending an investigation report to Complainant, Plaintiff and ,

396.  And Without rewarding the complainant ,  Plaintiff, instead

397. Sent Complainant, Plaintiff under harassment, threat, intimidation at 162 wastervelt Ave, staten Island NY.

398. On July 28, 2020, Defendants USA, USCIS, NYS, NYC and NYCPD-120P received a report from plaintiff that on July 23 at 4:00 p.m., the landlord, Defendant Sze, screamed at Plaintiff to kill her because Plaintiff had complained about his residence. When Defendant Sze received two

residential violation tickets totaling $52,560.00, and then

399. Without arresting Defendant Sze and,

400. Without an order of Life Protection being granted to Plaintiff,   Instead,

401. Modify the Relation to Victim in the content of the report: ACQUAINTANCE to replace Landlord at 78 Richmond Terrace, Staten Island, New York 10301.

402. On August 14, 2020, Defendants USA, USCIS, NYS, NYC and NYCPD-120P received a report from Plaintiff that Landlord, Defendant Sze, was harassing Plaintiff and threatening to kill her again at 9:32a.m.. Because Plaintiff complained about him house and,

403. Without arresting Defendant Sze and,

404. Without an order of Life Protection being granted to Plaintiff, Instead,

405. Modify the Relation to Victim in the content of the report: FRIEND to replace Landlord and

406. Time of Occurrence thru was later than Reported time at 78 Richmond Terrace, Staten Island, New York 10301.

407. On September 24, 2020, Defendants USA, USCIS, NYS, NYC, NYCPD Employees John CA(PO) and John DA(PO) were called by 911 ( ( 1668 at 7:59 a.m.))to the house ground floor entrance door and,

408. Without entering the whole floor full of dirt and stench and,

409. Without an interpreter for the plaintiff and,

410. Without providing a record of the complainant's report crime, Instead,

411. Ask Plaintiff to call the landlord, Defendant Sze to clean up at 162 wastervelt Ave, staten Island NY.

412. On September 28, 2020, Defendants USA, USCIS, NYS, NYC, NYCPD-120P, NYC-HPD, NYC-DOHMH Employees Five firefighters entered the house, among whom John EA(PO) detected feces as fresh, foul-smelling filth that filled the first floor and bathroom walls.

413. Without giving the plaintiff an interpreter, and cleaning up the dirt, and opening the locked windows,

414. Without providing that report to Plaintiff and Instead,

415. Defendants employee John EA(PO) directed Plaintiff to file a complaint with Defendant NYC-HPD to resolve the incident at 9:30 a.m. 162 wastevelt Ave, Staten Island NY 10301.

416. On September 28, October 1, October 6, and October 10, 2020,  Defendants USA, USCIS, NYS, NYC, NYC-HPD and NYC-DOHMH respectively received complaints about Indoor Sewage - Sewage Odor (311-04119323; 311-04201388; 311-04244855 ) and Indoor Air Quality - Ventilation (311-04119446; ), Door/Window - Window Frame (311-04119121) and Plumbing - Basin/Sink(311-03597752; 311-04119122); Illegal Conversion - Residential Space (311-04201510) and Instead,

417. Failed to check and record, failed to resolve the complaint at 100 Gold St,  New York,  NY 10038 and 42-09 28th St, Queens, Long Island City, NY 11101.

418. On October 15, 2020, Defendant LSNYC, USCIS, and Employee Erin Burns (Attorney) called Plaintiff to ask if she needed to help to sue her landlord for Harassment. At this time, Plaintiff had just received the petition to dismiss Poor Lawsuit by CCNYRC (submitted on October 14), and then Plaintiff's petition Emailed to Defendant LSNYC at 12:49 p.m. , 927 Castleton Ave Staten Island NY 10310.

419. On October 22, 2020, Defendant LSNYC, USCIS and Employee Burns (Attorney) prepared

Plaintiff's harassment petition against Defendant Sze,

420. Without an attorney authorized by Plaintiff and,

421. And Without Plaintiff seeing her petition, and Instead,

422. A Harassment Petition with the wrong title Petitioner was filed with the Richmond Civil Court, No. 300060/20 at 927 Castleton Ave Staten Island NY 10310.

423. On October 25, 2020, Defendant LSNYC, USCIS and Employee Burns (Attorney) did not see Plaintiff's feces-filled unit and ,

424. Without personally photographing the fecal-filled unit to testify, Instead,

425. Asked Plaintiff to take photos of the feces-filled unit herself and send them to Employee Burns (Attorney) to self-certify at 36 Richmond Terrace, Suite 205, Staten Island, NY 10301.

426. On November 4, 2020, Defendants WBA, USCIS, DR, NYSDEC, NYSDL, CLS, NB and All defendants charged above forced Plaintiff to work for the return bottles in order to pay for her livelihood including court costs because ,

427. Plaintiff cannot receive unemployment benefits of $305 from China, Plaintiff to the statutory pension age, but Plaintiff cannot return to China to receive it in Lower Manhattan, New York, NY 10038.

428. On November 5, 9, and 12, and December 1, 2020, For Trial No. 300060-20/RI, After Defendants USA, USCIS, NY, NYC , LSNYC, Employee Remy Smith (Judge), NYSUCS, and Employee Jane U ( Translation) did not hear Plaintiff's testimony about her building occupancy (Respondent's attorney objected validly), after asking Plaintiff, Petitioner to spell her name, Instead,

429. Heard Respondent Sze's testimony about him building occupancy (Defendant LSNYC,  Plaintiff,

Petitioner's attorney did not object), and Instead,

430. In the judgment, Plaintiff's testimony on the occupancy of the building was indeed included. and that

431. didn't ask Plaintiff  to submit evidence to the court (Three PoliceReports; 13 numbers for 311 complaints; NYC-HPD Vacancy Order at 162 wastevelt Ave, staten Island NY10301 and,  two violation tickets announced on the website are $50,030.00 and 2,530.00 fines. ), and Plaintiff brought them with her every time she came to court. Instead,

432. In the judgment, Plaintiff has no evidence to prove her testimony and that,

433. Without correcting Defendant Employee Jane U (translator) who mistranslated the time of harassment from September 24th to August 20th and,

434. Plaintiff heard this mistranslation and asked Jane U (the translator) twice to correct it , and that

435. No hearing given toPlaintiff witness John FA, NYC-HPD Employee John FA inspected in the unit on Oct. 15 and saw the fecal-filled unit and issued a building violation ticket on Oct. 15, and Instead,

436.  On December 1, 2020, No-Poop hearing for Zheng Liu Jie, friend of Defendant, Respondent of case Sze, was held at 927 Castleton Ave Staten Island NY 10310.

437. On November 5, 9, and  12, and December 1, 2020, For Trial No. 300060-20/RI,  Defendant LSNYC, USCIS, and Employee Burns (Attorney) did not submit evidence with three Police Reports; 13 numbers for 311 complaints;  NYC-HPD Vacancy Order at 162 wastevelt Ave, staten Island NY10301 and,  two violation tickets announced on the website are $50,030.00 and 2,530.00 fines to the court to corroborate the plaintiff's testimony.

438. Without requesting a hearing for John FA, who saw the fecal-filled unit, to testify and,

439. Without putting any questions to Respondent Sze and,

440. Without any questions being put to Zheng Liu Jie, witness for Respondent Sze and,

441. Without objecting to any of the questions raised by the respondent at  927 Castleton Ave Staten Island NY 10310, and Instead,

442. Defendant LSNYC, USCIS, and Employee Burns (Attorney)signed the commission agreement with Plaintiff on November 23, 2020, the agreement was signed 33 days later than the filing of the court petition on October 22, 13 days later than the court hearing on November 5 and,

443. Never discussed the case with Plaintiff, never collected evidence for Plaintiff and Instead,

444. SILS and USCIS shared non-confidential information with Plaintiff funders. SILS and USCIS collected the fees from the other party, reimbursed the court costs and the rest of the fees would go to SILS  at 36 Richmond Terrace, Suite 205,  Staten Island, NY 10301.

445. On December 21, 2020, All Defendants of the above charges directly caused Plaintiff to contract COVID-19 virus, loss of sense of smell, difficulty breathing, dizziness, and increased back and lower back pain. Check into Spring Hill Suites by Marriott New York LaGuardia Airport Quarantine 112-15 Northern Blvd, Queens, NY 11368.

446. On January 21, 2021, All Defendants charged above caused Plaintiff's tooth No. 11 to be broken, tooth No. 14 to be cracked and tooth No. 15 to have only residual roots, and the bridge between teeth No. 11 and No. 15 to be dislodged at 162 wastevelt Ave, staten Island NY 10301.

447. On April 3, 2021, All Defendants charged above caused Plaintiff's tooth No. 2 to dislodge, the remnant of tooth No. 5 after it collapsed and the bridge between tooth No. 2 and tooth No. 5 to dislodge at 162 wastevelt Ave, staten Island NY 10301.

Pro Se 1 ( Rev. 12/16 ) Complaint for a Civil Case

448. On July 11, 2021, Defendants NYSDL, CLS, NB, WBA, DR, NYSDEC, All Defendants charged above and NYSDEC Employee Doris Santiago in order to take away Plaintiff's job of collecting bottles, she grabbed Plaintiff's hair and pushed Plaintiff's head against the wall of the building, then fell to the ground. An intracranial cyst was discovered after Defendant NY-PLMH performed a CT scan on Plaintiff. Have the plaintiff make an appointment with NY-PLMH Neurology immediately at 170 William St, New York, New York 10038 .

449. On July 15, 2021, Weill Cornell Internal Medicine Associates found that on November 21, 2017, Defendant USCIS, MSHS, ISMMS, MSH, MSW, MH, and AHP gave Plaintiff persistent dizziness, headache, The head CT report for back pain showed the formation of this head cyst, but

450. Head cyst size was not measured, and

451. Plaintiff was not informed, and

452. There was no record of a referral to a specialist at 1 Gustave L. Levy Place and 1468 Madison Avenue, New York, New York 10029-6574, and

453. Plaintiff saw a general internist today and therefore made another appointment to see a neurologist here on August 10, 2021 at 505 E 70th St., New York, NY 10021.

454. On February 10, 2022, defendants USA, USCIS, NYS, NYC, NYCPD and Employee GK(M) knocked on the bedroom door of the plaintiff's rented apartment at 9:20 a.m.and,

455. Employee GK(M) asked Defendant, Petitioner Sze's sister to act as the plaintiff's interpreter and,

456. Without serving a judgment and an eviction order on Plaintiff and,

457. Without showing the court judgment and expulsion order toPlaintiff and Shi, and Instead,

458. Ask Plaintiff and Shi to leave the residence after 15 minutes,   Instead,

459. Let Plaintiff contact Defendant's lawyer, give the OFFICE OF THE CITY MARSHAL to Plaintiff, and then change the door lock of Plaintiff's residence at 162 wastevelt Ave, staten Island NY 10301.

460. On February 10, 2022, All Defendants charged above forced Plaintiff and Shi to walk into Richmond Civil Court at 927 Castleton Ave Staten Island NY 10310 at 12:49 p.m.

461. On November 4, 2022, Defendants USCIS, WBA, DR, NYSDEC Employees John HA (Manager) and John JA (Clerk) came to the checkout area, John HA (Manager) did not answer reasons why he ordered Jane V (Casher) and other clerks to refuse Plaintiff's work for the returned bottles, and Instead,

462. Employees John HA (Manager) and John JA (Clerk) and Jane V (Cashier) covered their badges with their hands and,

463. All yelled at Plaintiff to get out of the store. Then, Plaintiff called 311 to complain. And then,

464. After Employee John JA (Clerk) left the checkout area and went into the office, Instead,

465. John JA once again found Plaintiff who was complaining to 311 about the illegal behavior of three Employees in the store and was about to buy drinks in the drink area, and

466. Employee John JA (Clerk) lifted his left elbow and bumped Plaintiff's upper left arm hard and said to Plaintiff to get out and then,

467. Employee John JA (Clerk) went to the exit and threw Plaintiff's plastic bag of bottles out of the store, then,

468. After Plaintiff paying for the drink, and left the store, then

469. Plaintiff called 911 to report the Assault and to ask for a criminal investigation to begin abound 8:00 p.m. at 100 Broadway, New York, NY 10005, then,

470. Defendant USA,USCIS, NYS, NYC and NYPD - 1P Employees Mel Endez Illiana (PO 27757)

and GrothNicholas (PO) arrived at the scene around 8:20 p.m., Employee Mel(PO 27757) says

that she can understand Plaintiff's English and,

471. Without providing an interpreter for Plaintiff then,

472. Plaintiff used words and gestures, Plaintiff reported to Employees Groth(PO) and Mel(PO 27757)

the whole process of the eviction and bump Assault and,

473. Identify the plastic bag containing bottles thrown by Employee John JA(Clerk) and the cans

scattered on the cars lines and,

474. Identify the Nice Soda Grape she just bought with the money she returned the bottle and,

475. Identify Employee John JA (Clerk) who bump her, and to ask for a criminal investigation to begin

and will Prosecute. and then,

476. Employee Groth(PO) asked Plaintiff to identify the criminal John JA(Clerk) again and then,

477. Groth(PO) went into the store to investigate John JA(Clerk), then,

478. Employee Mel (PO 27757) asked Plaintiff in English and gestures: John JA(Clerk) pushed you, and

Plaintiff stated again that John JA (Clerk) raised his left elbow and bumped Plaintiff's upper left

arm hard in the beverage sales area and,

479. Employee Mel (PO 27757) asked Plaintiff if she was hit, and Plaintiff replied that yes and her left

upper arm and left ear were very painful, then

480. Without sending Plaintiff to the hospital and,

481. Without apprehending criminals John JA (Clerk), When Groth(PO) came out of the shop after the

investigation, and this time John JA(PO) and Jane W(PO) arrived on the scene, but

482. Plaintiff could not understand the English language of the conversation discussed by employees

Groth(PO) to John JA(PO) and Jane W(PO), and Instead,

483. Groth(PO) informed Plaintiff that she would be in big trouble to enter the store again, and Plaintiff asked why? then

484. Plaintiff could not understand Groth(PO) and Mel(PO 27757) speaking English to Plaintiff about why?, so

485. Plaintiff again stated to Mel(PO 27757) and Groth(PO) that her left upper arm and left ear were in very painful and requested a criminal investigation report for prosecution. Instead,

486. Still, without taking Plaintiff to a hospital and,

487. Without providing Plaintiff to sign her Report Assault and her Report Number, and Instead,

488. Employee Mel (PO 27757) claimed that Plaintiff's report was recorded by their chest camera, and then,

489. Employee Groth(PO) had Plaintiff call (212) 334-0611 to get Report Number and a copy of the Report, and

490. Four Employees of Defendant again send that Plaintiff shall never enter this DR Store, but shall enter other DR Stores at 100 Broadway, New York, NY 10005.

491. On November 4, 2022, All defendants charged above made the Bridges of Plaintiff 2# to 5# and 11# to 15# fall off and Chipped 2# And 15# Teeth, again at 10:00 p.m. At 2Train station wall street.

492. On November 10, 2022, Defendants USA, USCIS, NYS, NYC and NYPD required a telephone appointment to obtain a copy report at 1 Police Plaza Path, New York, NY 10038 at 14:05p.m..

493. On November 17, 2022, Defendants USA, USCIS, NYS, NYC and NYPD finally answered Plaintiff's phone call and waited 11 minutes before offering an appointment to pick up the copy report on December 13, 26 days later at 1 Police Plaza Path, New York, NY 10038 at 2:10p.m..

494. On December 13, 2022, Defendants USA, USCIS, NYS, NYC and NYPD-1st Precinct failed to correctly provide Plaintiffs' report from November 4, and Instead,

495. Visible by patrol: YES was changed to NO;   Complaint received: PATROL was changed to RADIO;   Classification: ASSAULT changed to HARASSMENT; Occurrence thru: 2022-11-04 about 7:40p.m. was changed to 14:41p.m., Reported: about 20:20p.m. was changed to 21:40p.m.;Report: Defendant Employee Groth(PO) investigates the Criminal John HA (Clerk), but there's no any description of the perp; Narrative: Criminal John HA (Clerk) BUMP Plaintiff was changed to PUSH plaintiff; Level of Injury : INJURED was changed to NOT INJURED;  Type of Injury : Left Upper Arm  Red and Swollen and Very Painful , and Left Earring Hole Tear, Chipped 2# And 15# Teeth,  and 2# To 5#,11# To15# Bridge Fell Out was changed to NONEX; Will View Photo and Will Prosecute: YES was changed to NO at 1 Police PlazaPath , New York , NY 10038 at 2:10p.m..

496. On December 22, 2022, Defendant USA, USCIS, NYS, NYC and NYPD-1st Precinct Employee John JA (PO 11788) used google translate to ask Plaintiff where the  Copy Repot was incorrect? then

497. Plaintiff shows the Annotated  Copy Report to John JA(PO 11788) , then

498. John JA(PO 11788) asked John KA (PO), his colleague, to translate Mandarin for Plaintiff that Plaintiff reported bump assault and to ask for a criminal investigation to begin and will Prosecute, then

499. John KA (PO) read Plaintiff's corrected the Annotated  Copy Report and knowing reason that Plaintiff didn't get the report until December 13, 2022 and that Plaintiff lost sleep after reading the Copy Report, and the doctor suggested to correct the content of the report, and to find a lawyer and

Plaintiff needs to check for depression, and Instead,

500. John KA (PO) said to Plaintiff: They discriminate against you and I can't help you then leave Plaintiff, then

501. John AJ (PO 11788) returned and informed Plaintiff Mel (PO 27757) that she agreed to correct the time of the incident, and other content could not be corrected. Finally,

502. Mel (PO 27757) confronted Plaintiff and made it clear that the case could not be re-reported, then

503. Plaintiff asked Mel(PO 27757) if she had seen the video of Plaintiff reporting the crime at the scene? , and her camera is now recording, once again, Plaintiff 's retelling of the crime, and Instead,

504. Mel(PO 27757) identified Groth(PO) who was standing nearby to plaintiff and she worked with her to produce the Altered Report, and then

505. Plaintiff had Mel (PO 27757) consent to take a photo of her badge at 16 Ericsson Pl, New York, NY 10013 at 15:28 p.m..

506. On January 27, 2023, Defendant USA, USCIS, NYS, NYC, NYSDL informs Plaintiff that the investigation into the complaint in December 2019 regarding Defendant CLS' non-payment of Plaintiff's wages has been concluded, and Plaintiff needed to continue to wait for payment of wages at Building 12, W.A. Harriman Campus, Albany, New York 12226, that

507. Defendant CLS and USCIS with more than 15 employees, and signed the contract with Plaintiff in December03, 2019. Plaintiff requires Employer Xiaocheng Ling to pay wages for 89 hours of work and 17.5 hours of overtime, totaling 106.5 hours since November 30/2019 to December15/2019 at December15/2019, then

508. Ling said that Plaintiff could not be paid according to the contract, Plaintiff didn't have a social Security number in contract with the Employer, so could only be paid $500 for working 11 hours a

day for six days a week, with daily notice to eat, and coming to work immediately after eating (about 15 minutes), then, Plaintiff stated that she wished to lodge a complaint with the Labour Department against Defendant CLS, and Instead,

509. Without notice of termination to Plaintiff, and

510. And Without paying Plaintiff any wages, Instead,

511. Ling immediately dismissed Plaintiff and ordered her to leave the workplace immediately at 4:02PM at 40-33 Main Street, Flushing, New York 11354.

512. On January 27, 2023, Defendants USA, USCIS, NYS, NYC, and NYSDL informed Plaintiff that the complaint was filed in June 2020, and that the investigation into the failure of Defendant NB to pay Plaintiff New York's minimum wage and overtime wages had ended, and Plaintiff needed to continue to wait for payment of wages at Building 12, W.A. Harriman Campus, Albany, New York 12226, that

513. Defendant NB and USCIS with more than 11 employees, Employer jenney Jie hired Plaintiff on January 14, 2020, and informed Plaintiff that she would be paid $500 to work 11 hours a day, six days a week, about 15 minutes for lunch, with the promise of a raise as soon as Plaintiff settled in.

514. Without a written contract with Plaintiff, then

515. Plaintiff worked for 7 consecutive days from January 14 to January 20, 2020,

516. On January 21, Plaintiff took a break. Employer jenney called Plaintiff and asked whether she could finish Sister Lin's work together. She paid Sister Lin's wages to Plaintiff. Plaintiff told jenney that she could only do half of Sister Lin's work and that Plaintiff didn't want Sister Lin to lose her job around 4:00 p.m.

517. At 3:30 p.m. on Jan. 27, jenney went to a kitchen in the basement where bubble tea was processed

and told Plaintiff, "You're undocumented and it's safe to work in the basement."

518. On January 30th, Plaintiff took a break, and at night when Plaintiff asked Jenny about the next day's work schedule and asked when she would raise her wages to $15 an hour, Instead,

519. No notice of termination was given to Plaintiff, and Instead,

520. Defendant NB，USCIS, and Employer jenney told Plaintiff that her injured right hand would not be able to lift about 15 pounds of ice bucket through the opening connecting the basement to the ground floor. then，

521. wasn't paid the Minimum Wage

522. was denied Over-Time pay despite working in excess of 40 hours a weeks,

523. wasn't paid the Spread of Hours differential for working in excess of 10 hours,

524. has not been provided the necessary pay-stub, pay notice, and

525. Work seven consecutive workdays in first workweek, wasn't paid one-half the regular rate of pay for the first eight hours Plaintiff's work. Double time wasn't paid for all hours worked beyond eight hours. and Instead,

526. Defendant NB and USCIS paid Plaintiff $1,080.00 for 154 hours worked between January 14, 2019 and January 29, 2020, seven consecutive working days for 11 hours per day during the first working week, 14 days at 135-03 Roosevelt Ave, Flushing, NY 11354.

527. On January 27, 2023, Defendants USA, USCIS, NYS, NYC and NYSDL informed Plaintiff that the complaint was filed in November 2021 for the reinvestigation of Defendant YJCF's failure to pay Plaintiff New York minimum wage and overtime wage, which had not yet started. and Plaintiff needed to continue to wait for payment of wages at Building 12, W.A. Harriman Campus, Albany, New York 12226,  that

528. Defendant YJCF and USCIS with more than 16 employees, and employed Plaintiff on September 4/2021 as a waiter, with an oral contract of 10.5 hours per day and 2 days off per working week at $50 per day plus tips, then

529. Without a written contract with Plaintiff, then

530. Trial no salary on  September 4th and 5th, 6th (80 tip)、7th (120 tip) and 8th (70 tip) plus $50 per day，$100 no tip per day September 9th-14th, $100 no tip per day September 18th-22h and 25th-26th, At the end of work on September 26,2020, Danyo(Manager) informed Plaintiff that she would work two days per working week on busy Saturdays and Sundays  in a workweek, Plaintiff did not agree to amend the previously agreed oral contract, then,

531. wasn't paid the Minimum Wage

532. was denied Over-Time pay despite working in excess of 40 weeks,

533. wasn't paid the Spread of Hours differential for working in excess of 10 hours,

534. has not been provided the necessary pay-stub, pay notice, and

535. Work twelve consecutive workdays in first two workweek, wasn't paid one-half the regular rate of pay for the first eight hours my work. Double time wasn't paid for all hours worked beyond eight hours. and Instead,

536. Plaintiff was fired. Plaintiff worked 19 days totaling 199.5 hours, 12 consecutive days in the first two workweeks, and received  $1,650.00  in gross wages from September  3/2021  to September26/2020, Tips $270 at 91 Bayard Street, Manhattan, New York 10013.

**Injuries:**

537. Including, but not limited to, the following injuries: Plaintiff lost her ability to think creatively as

an architect;  a Uterine Fibroids;  HIV testing, treatment;  Herpes;  Sinus Rhythm;   II. III avF T Wave Low or Shallow Down;  Angina;  Brain Tumors;  Right  Wrist Fracture and Comminuted Distal Bone Fractures ;  soreness in right shoulder; post-traumatic pain in right shoulder, arm, and wrist;  Concussion;   Disc Protrusions Thecal Sac;  Disc Osteophyte Complex and Cervical Spinepost-traumatic Severe Dizziness, Vomiting; Headaches;  Failed Upper Bridge, # 2,11,14 , 15 terminal dentition ,   # 5 incomplete ends and widened PDL , poor prognosis;  Dental Disease; Occlusal deformation; Facial deformation; COVID-19 post-traumatic Anosmia and Hearing Loss;  Anxiety and Panic;  Nail Fungus and other serious and severe personal injuries.

538. Plaintiff needs treatment for the above diseases and additional surgery; physical therapy; Vocational therapy; HIV; screening therapy; psychotherapy; neurology; dental implant restoration; restoration of sense of smell and hearing; Post-concussion Parkinson's disease See a neurologist or movement disorder specialist later; home care and home remodeling, etc.

539. After the plaintiff's daughter Shi was informed of her mother's injury at the age of 20, her JPA grade dropped from A to C and D. The plaintiff had no money to pay her daughter Shi's tuition as an international student. Daughter Shi dropped out of school in September 2019. Shi's dream of being a doctor was destroyed by the defendant;   depression.

540. The plaintiff's daughter Shi needs the screening treatment;   psychotherapy. She was suffered from this mental torment from the age of 20 until her whole life.

## IV.    Relief

WHEREFORE, Plaintiffs prays for judgment against Defendants as follows:

1.     Victims Immigrated.

2.    Arrest Criminals.

3.    Punish the Perjurer,

4.    Housing victims of domestic violence until the plaintiff receives compensation and moves to an equivalent home and apartment she herself purchased in New York.

5.    The Defendant's conduct is grossly negligent, the malicious nature and intentional, this reasons Plaintiff claim Plaintiff is entitled to actual and punitive money damages (The act is necessarily a criminal offense.).

For Plaintiff He general and compensatory damages: $107,992,000.00. including lost 1 house; loss 4 apartments(Moving from China to a House and Apartment of Equal Value in New York), loss of apartment rent; loss of investment shares in Yunnan Daoyuan Investment Co., Ltd.; loss of project manager, Architect salaries; architectural design studio company loss of profit; loss Cars, stolen property, property damage, paying family drivers and interpreters. Nursing staff wages; work assistant wages; unlawful eviction theft of property damaged to plaintiff; compensation for rental security deposit; coercion of plaintiff to pay unlawful rent; restitution of sponsorship expenses to plaintiff; plaintiff's need for the above illnesses and additional surgery and treatment costs; HIV screening and treatment costs; teeth that need to be replaced with implants; frontal orthopedic costs, intracerebral cyst treatment and disease costs, Parkinson's disease caused by concussions, costs of seeing a neurologist or movement disorder specialist, and future family The cost of renovation; laser therapy and Kery Flex Nail Restoration. Minimum Wage; Over-Time Wage; Differential Wage and Wages For Retaliatory Dismissal.

For Plaintiff's daughter Shi general and compensatory damages: $46,234,560.00 ( Doctor income for 40 years $12,000,000.00, spiritual suffering compensation: $36,000,000.00. Shi was suffered from this mental torment from the age of 20 until her whole life.).

5.    Liquidated damages，and Reasonable payment for Plaintiff to research law and persist in litigation for 6 years，any other and further relief that the court considers proper and costs as remedies for Defendant's violations of their rights.

6.    Exemplary damages and costs.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

Date:    April 18  ,  2023

_____
XUEJIE HE